UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WASHINGTON LEGAL FOUNDATION,**     )<br>       2009 Massachusetts Ave., NW         )<br>       Washington, DC 20016,                      )<br>                                                                 )<br>              Plaintiff,                                        )<br>                                                                 )<br>       v.                                                         )<br>                                                                 )<br> **MICHAEL O. LEAVITT,** in his official    )<br> capacity as Secretary, U.S. Department     )<br> of Health and Human Services,                 )<br>       200 Independence Ave., S.W.            )<br>       Washington, DC 20201                       )<br>                                                                 )<br>                           and                                  )<br>                                                                 )<br> **MARK B. McCLELLAN, M.D.**, in his official  )<br> capacity as Administrator, Centers            )<br> for Medicaid and Medicare Services,         )<br>       7500 Security Blvd.                             )<br>       Baltimore, MD 21244,                          )<br>                                                                 )<br>              Defendants.                                 )<br> _____)  | Civil Action No. _____ |

## CORPORATE DISCLOSURE STATEMENT

       Pursuant to Fed.R.Civ.P. 7.1, the Washington Legal Foundation hereby states that it is a nonprofit public interest law firm.  It has no parent corporation and no publicly traded stock. No publicly held corporation owns 10% or more of its stock.

                                                                              Respectfully submitted,

                                                                                 /s/ Richard A. Samp
                                                                              Richard A. Samp
                                                                                 (D.C. Bar No. 367194)
                                                                              WASHINGTON LEGAL FOUNDATION
                                                                              2009 Massachusetts Ave, NW
                                                                              Washington, DC  20036
                                                                              (202) 588-0302

Dated:  August 24, 2006                             Counsel for Plaintiff