UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WASHINGTON LEGAL FOUNDATION,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:06CV01490 (RMC) |
| | ) | |
| **MICHAEL O. LEAVITT**, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## SCHEDULING ORDER

The Court having considered the parties' Joint Report to the Court Pursuant to Fed.R.Civ.P. 26(f) and LCvR 16.3; now, therefore, it is hereby ORDERED:

All discovery in this matter shall be completed by May 15, 2006;

No numerical limit on the number of discovery requests shall be imposed at this time;

Plaintiff will file its motion for summary on by Monday, July 2, 2007; defendants will file their opposition to plaintiff's motion and their cross-motion for summary judgment by August 7, 2007; plaintiff will file its reply and cross-opposition on or before September 3, 2007; and defendants will file their cross-reply on or before September 13, 2007.

_____
The Honorable Rosemary M. Collyer
United States District Judge

Dated: _____