

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, Maryland 21244-1850

Center for Medicaid and State Operations/Survey and Certification Group

Ref: S&C-06-16

**DATE:** May 11, 2006

**TO:** State Survey Agency Directors

**FROM:** Director
Survey and Certification Group

**SUBJECT:** Nursing Homes and Medicare Part D

---

**Letter Summary**

This memorandum clarifies residents' rights regarding choice of a prescription drug plan and pharmacy provider, the nursing homes' responsibility to provide drugs to residents, and State Survey Agencies' responsibilities with respect to the new Medicare prescription drug benefit and nursing homes:

- Residents have the right to make informed decision/choices about their care as described in sections §1802, §1851 and §1860 of the Social Security Act and 42 C.F.R. Part 483;
- Residents are guaranteed the right to choose a Part D **plan**, but do not have unbridled freedom to choose a **pharmacy**; and
- We expect nursing homes to work with their current pharmacies to assure that they recognize the Part D plans chosen by that facility's Medicare beneficiaries, or, in the alternative, to add additional pharmacies to achieve that objective. Or, at its option, the facility could contract exclusively with another pharmacy that contracts more broadly with Part D plans.

---

The purpose of this memorandum is to:

1. Answer questions surrounding nursing home pharmacy services following the January 01, 2006, implementation of the new Medicare prescription drug benefit relative to the:
    - Residents' right to choose their drug plan and pharmacy,
    - Nursing homes' regulatory compliance responsibilities, and
    - Surveyors' responsibilities.

2. Provide surveyors with a list of nursing home regulations that appear pertinent to the implementation of the Medicare Drug Benefit (Part D). The list is not exhaustive (Attachment A).

Page 2 - State Survey Agency Directors

3. Provide surveyors with reference resources relative to Medicare Part D and nursing homes regulatory requirements (Attachments B&C).

4. Reinforce our commitment to provide high quality care and services to all beneficiaries.

**Resident Rights**

The freedom of choice provisions at sections §1802 and §1902(a)(23) of the Social Security Act provide that any individual entitled to insurance benefits under Medicare or Medicaid may obtain health services from any institution, agency, or person qualified to participate under this title. In addition, residents are guaranteed the right to choose their Medicare Prescription Drug Benefit Plan at section §1860D of the Social Security Act.

These provisions do not, however, give unbridled freedom of choice for nursing home residents to choose a pharmacy, with the exception of those states with a "right-to-choose" state law. Sections 1819(b)(4)(A)(iii) and 1919(b)(4)(A)(iii) of the Social Security Act require a skilled nursing facility and a nursing facility, respectively, to provide "pharmaceutical services (including procedures that assure the accurate acquiring, receiving, dispensing, and administering of all drugs and biologicals to meet the needs of each resident)." We believe these statutory provisions place the responsibility for accurately administering drugs on the nursing home and with that responsibility the right to define certain standards for labeling, packaging, storage, processing, and administration of drugs. These standards are essential in assuring that the resident is protected from medication errors.

Nursing home residents, like all other Medicare beneficiaries, have a right to choose their Part D plans. The statute, at section 1860D-1, and implementing regulations at 42 C.F.R. 423.32, ensure that right and do not lessen that right simply by virtue of the beneficiary's admission to a nursing facility. There may be cases where a nursing home acts in a way that frustrates a beneficiary's ability to receive cost effective coverage under Part D for needed prescription drugs under his or her preferred plan. For example, where the facility exclusively engages a pharmacy that does not have an arrangement with the Part D plan selected by the beneficiary, the beneficiary may be unable to obtain coverage of needed drugs through his or her Part D plan, and may incur higher Part D premiums and/or cost sharing if he or she must switch to an alternative plan in order to receive Part D coverage of his or her drugs. Or, a facility may overreach its authority and try to steer a resident to one or more Part D plans preferred by the facility or its pharmacy. Residents in such cases might feel compelled to choose another Part D plan that may not best satisfy their needs in order to conform to the wishes of the facility and its pharmacy. Such facility behavior would violate its obligations under the facility requirements of participation at 42 C.F.R. 483.12(d) which prohibit a facility from requiring residents to waive their Medicare rights. Additionally, failure by a facility to permit residents to receive coverage of needed drugs that would be available from the Part D plan of their choosing could constitute a violation of the facility's pharmacy obligations under 42 C.F.R. 483.60 which obligates facilities to acquire all drugs that meet the needs of each resident. Accordingly, we expect nursing homes to not frustrate a beneficiary's choice in Part D plans, and to work with pharmacies to make sure that a resident's choices are honored so that there is no disruption in the provision of necessary drugs. Specifically, we expect nursing homes to work with their current pharmacies to assure that they recognize the Part D plans chosen by that facility's Medicare beneficiaries, or, in the alternative, to add additional pharmacies to achieve that objective. Or, at its option, the facility could contract exclusively with another pharmacy that contracts more broadly with Part D plans.

Page 3 - State Survey Agency Directors

**Facility Regulatory Compliance Responsibility**

Nursing homes must have a safe and accurate system for the delivery of medications to their residents. While nursing homes are free to use multiple pharmacies, the first priority of 42 C.F.R 483.60 is to assure that nursing homes provide needed medications for each resident, without errors." Therefore, safety should be considered when making determinations relative to the residents' medications.

Since nursing homes are responsible for the safety and efficacy of the medication delivery system to their residents, they hold the responsibility for selecting a pharmacy or pharmacies that are willing and able to accommodate the Medicare Prescription Drug Benefit Plans chosen by all residents of their nursing home.

Under no circumstances should a nursing home require, request, coach, or steer any resident to select or change a plan for any reason. Furthermore, a nursing home should not knowingly and/or willingly allow the pharmacy servicing the nursing home to require, request, coach, or steer any resident to select or change a plan [42 C.F.R. §483.12(d)]. Nursing homes may, and are encouraged to, provide information and education to residents on all available Part D plans.

Nursing homes should provide residents with an explanation, on admission or immediately if the resident is already in the nursing home at the time of the plan implementation, of their right to choose their prescription drug benefit plan [42 C.F.R. §483.12(d)].

**Surveyor Responsibility**

State Survey Agencies will continue to monitor nursing homes for compliance with regulations as outlined in the regulations at 42 C.F.R. Part 483 and accompanying surveyor guidance. For example, surveyors should cite §483.60 (F426) if nursing homes are not providing pharmaceutical services to meet the need of each resident.

To the extent a survey or complaint investigation finds the resident's right to choose a Part D plan is denied as a result of pharmacy limitations, or for any other reason, surveyors should:
- Educate nursing home administrators as to the distinction between a resident's choices of plans, the nursing home's choice of pharmacies, and the nursing home's responsibility to protect the resident's right to Part D plan choices.
- Cite §483.12(d) (F208) if residents are denied the right to select their prescription drug plan, and encourage the nursing home to develop and implement an effective and timely plan of correction.

**CMS' Survey and Certification Program**

If a complaint involves both a CMS regulatory requirement for nursing homes (such as the residents' rights issue discussed above) and a Part D requirement, the surveyor should act on the survey issue and also notify the appropriate Part D authority.

The appropriate Part D authority is the Part D case manager working in your region.

Page 4 - State Survey Agency Directors

For further information please contact Debra Swinton-Spears at (410) 786-7506 or e-mail at debra.swinton-spears@cms.hhs.gov.

**Effective Date:** Immediately. Please ensure that all appropriate staff are informed within 30 days of the date of this memorandum, and disseminate the information to affected providers.

**Training:** The information contained in this announcement should be shared with all survey and certification staff, their managers, and the State/RO training coordinators.

/s/
Thomas E. Hamilton

cc: Survey and Certification Regional Office Management

Attachments

Attachment A

## SNF Requirements (42 CFR Part 483) for Certification And The Medicare Drug Benefit (Part D)
### Updated January 6, 2006

The following skilled nursing facility regulations appear to be pertinent to the implementation of the Medicare Drug Benefit (Part D). This list is not all inclusive.

**483.60 Pharmacy Services. (F425)** "The facility must provide routine and emergency drugs and biologicals to its residents, or obtain them under an agreement described in §483.75(h) of this part."

The Interpretive Guideline states: "A drug...must be provided in a timely manner. If failure to provide a prescribed drug in a timely manner causes the resident discomfort or endangers his or her health and safety, then this requirement is not met."

**483.60(a) Procedures. (F426)** "A facility must provide pharmaceutical services (including procedures that assure the accurate acquiring, receiving, dispensing, and administering of all drugs and biologicals) to meet the needs of each resident."

**483.60(b) Service Consultation. (F427)** "The facility must employ or obtain the services of a licensed pharmacist who - Provides consultation on all aspects of the provision of pharmacy services in the facility;"

**483.75 Administration. (F490)** "A facility must be administered in a manner that enables it to use its resources effectively and efficiently to attain or maintain the highest practicable physical, mental, and psychosocial well-being of each resident."

**483.75(b) Administration. (F492)** "Compliance with Federal, State, and local laws and professional standards. The facility must operate and provide services in compliance with all applicable Federal, State, and local laws, regulations, and codes, and with accepted professional standards and principles that apply to professionals providing services in such a facility."

**483.75(i) Medical Director. (F501)** "The facility must designate a physician to serve as medical director. (2) The medical director is responsible for – (i) Implementation of resident care policies; and (ii) The coordination of medical care in the facility."

The Interpretive Guideline states: "The medical director is also responsible for policies related to...ancillary services such as laboratory, radiology, and pharmacy; use of medications...and overall quality of care. The medical director is responsible for ensuring that these care policies are implemented."

**483.15(g) Social Services. (F250)** "The facility must provide medically-related social services to attain or maintain the highest practicable physical, mental, and psychosocial well-being of each resident."

Page 6 - State Survey Agency Directors

The Interpretive Guideline states: " 'Medically-related social services' means services provided by the facility's staff to assist residents in maintaining or improving their ability to manage their everyday physical, mental, and psychosocial needs. These services might include, for example:

- Assisting staff to inform residents and those they designate about the residents health status and health care choices and their ramifications;
- Making referrals and obtaining services from outside entities;
- Assisting residents with financial and legal matters;
- Through assessment and care planning process, identifying and seeking ways to support residents' individual needs;
- Assisting residents to determine how they would like to make decisions about their health care; and
- Finding options that most meet the physical and emotional needs of each resident."

"When needed services are not covered by the Medicaid State plan, nursing facilities are still required to attempt to obtain these services."

**483.10(a)(1) Exercise of Rights. (F151)** "The resident has the right to exercise his or her rights as a resident of the facility and as a citizen or resident of the United States."

**483.10(b)(6) Right to be Informed. (F156)** "The facility must inform each resident before, or at the time of admission and periodically during the resident's stay, of services available in the facility and of charges for those services, including any charges for services not covered under Medicare or by the facility's per diem rate."

**483.10(b)(10) Right to be Informed. (F156)** "The facility must prominently display in the facility written information, and provide to residents and applicants for admission oral and written information about how to apply for and use Medicare and Medicaid benefits, and how to receive refunds for previous payments covered by such benefits."

**483.10(c)(8) Limitation on Charges to Resident Funds. (F162)** "The facility may not impose a charge against the personal funds of a resident for any item or services for which payment is made under Medicaid or Medicare (except for applicable deductible and coinsurance amounts)."

(Drugs and pharmaceuticals are not listed.)

**483.10(j)(2) Access and Visitation Rights. (F172)** "The facility must provide reasonable access to any resident by any entity or individual that provides health, social, legal, or other services to the resident, subject to the resident's right to deny or withdraw consent at any time."

**483.12(d) (1) Admissions Policy (F208)** "The facility must--(i) Not require residents or potential residents to waive their rights to Medicare or Medicaid."

Page 7 - State Survey Agency Directors

Attachment B

## List of Internet Websites/References
## Support Tool for Long Term Care Surveyors

*Medicare Part D: Impact on Nursing Home Surveys – send satellite broadcast questions and/or comments to*
   SCG_DNH_MedicarePartD@cms.hhs.gov

*Medicare Part D Webcast: Available through May 2006*
   http://www.cms.hhs.gov/partnerships/news/mma/webcasts.asp

*The Centers for Medicare & Medicaid Services (CMS) – State Operations Manual (SOM) Chapters and Appendices*
   http://www.cms.hhs.gov/manuals/

- Click internet only manuals (IOMs) to the left of your screen
- Scroll down the page and click 100.07 publication
- Scroll down to the bottom of the site page and click on the Appendices Table of Contents

*Long Term Care Guidance*
   http://www.cms.hhs.gov/pdps/LTC_guidance.pdf

*Locating Prescription Drug Plans and Medicare Advantage Plans in Your Area*
   www.cms.hhs.gov/map/map.asp

*Medicare prescription Drug Plan Cost Estimator Tool*
   www1.medicare.gov/medicarereform/MPDP_Cost_Estimator.asp

*Comprehensive Resource Kit*
   http://www.cms.hhs.gov/partnerships/tools/materials/medicaretraining/hihresourcekit/default.asp

*Medicare Prescription Drug Coverage Toolkit*
   http://www.cms.hhs.gov/partnerships/tools/materials/medicaretraining/MPDCoutreachkit.asp

*Medicare Prescription Drug Plan Finder Training Demonstration*
   http://media.cms.hhs.gov/

*Online Training Modules*
   http://www.cms.hhs.gov/partnerships/tools/materials/medicaretraining/default.htm

*Medlearn Matters*
   http://www.cms.hhs.gov/medlearn/matters/

*Medicare Spotlights 1-800-MEDICARE*
   http://www.medicare.gov/

Page 8 - State Survey Agency Directors

**CMS – Guidance to State Survey Agency Directors and Regional Offices (Survey & Certification Letters)**
http://www.cms.hhs.gov/SurveyCertificationGenInfo/

- Generally, survey and certification letters are issued on the second Thursday of every month; however, they may be issued "off cycle." These letters contain policy instructions and updates. Letters are available on the internet within a week after issuance.

**CMS – Sharing Innovations in Quality (Repository of Clinical Standards and Guidelines)**
http://siq.air.org

- "Sharing Innovations in Quality" (SIQ) is a repository of information on clinical standards and guidelines useful to surveyors and to professionals in the nursing home setting. SIQ is sponsored by CMS and hosted by the American Institutes for Research (AIR). The guidelines are examined annually to assure that they are up-to-date, and new ones are added on a continuous basis.

**CMS – Medicare Quality Improvement**
http://www.medqic.org

- CMS developed this online resource of quality improvement information for Medicare's National Quality Improvement Priorities.

**CMS – Survey and Certification Training**
http://www.cms.hhs.gov/SurveyorTraining/

**CMS – Satellite Training at internet streamline**
http://cms.internetstreaming.com/

- We recommend that you bookmark this site, as your "home" for CMS Surveyor Courses.

**CMS – Minimum Data Set training**
http://www.mdstraining.org/upfront/u1.asp

- Web-Based Lessons course for Resident Assessment Instrument/Minimum Data Set (RAI/MDS) are posted here in the form of modules.

**CMS – RAI/MDS manual**
http://www.cms.hhs.gov/quality/mds20/

**Environmental Protection Agency**
http://www.epa.gov

**Prescription Drugs Guide**
www.Epocrates.com

**The Association for Professionals in Infection Control and Epidemiology, Inc. (APIC)**
http://www.apic.org