UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WASHINGTON LEGAL FOUNDATION, )
   2009 Massachusetts Ave., NW )
   Washington, DC 20016, )
   )
      Plaintiff, )
   )
      v. )   Case No. 1:06CV01490 (RMC)
   )
MICHAEL O. LEAVITT, in his official )
capacity as Secretary, U.S. Department )
of Health and Human Services, )
   200 Independence Ave., S.W. )
   Washington, DC 20201 )
   )
      and )
   )
MARK B. McCLELLAN, M.D., in his )
official capacity as Administrator, Centers )
for Medicaid and Medicare Services, )
   7500 Security Blvd. )
   Baltimore, MD 21244, )
   )
      Defendants. )
   )

## DECLARATION OF REBECCA E. FOX

I, Rebecca E. Fox, do hereby declare under penalty of perjury that the following is true to the best of my knowledge, information and belief:

    1.    My name is Rebecca E. Fox. I am a resident of the Commonwealth of Pennsylvania, and I am of sufficient competence to make this declaration. I make this declaration upon my personal knowledge and in support of the Plaintiffs' Motion for Preliminarily Injunction.

    2.    I am 87 years old and a widow. My husband, a World War II veteran,

died 23 years ago. I continue to live independently in our family home and drive my automobile.

3. I am eligible to participate in the Medicare program, and have been a beneficiary since I became 65 years old.

4. Prior to the availability of prescription drugs under the Medicare program, I participated in the "Lilly Answers" program. I was very pleased with the program and the benefits I received. For the two drugs prescribed by my physician, one a brand name Lilly drug which sold for about $60, I paid only $12 a month. The other drug, which became generic, cost me about $29 a month.

5. Around June of 2005, I received a letter from the Pennsylvania Department of Aging informing me that as a result of my income level, I qualified for the property tax rebate program and I would be eligible to participate in the PACE and PACE NET prescription drug benefit program for eligible residents of Pennsylvania. I completed the application and sent it in. A copy of the letter is attached.

6. In November of 2005, I received a letter from Lilly stating that because of the new Medicare Part D drug benefit that would become effective as of January 1, 2006, the Lilly program would conclude May 15, 2006.

7. Around January of 2006, I received a letter from the Governor of Pennsylvania (and his picture) advising me about my eligibility to participate in the new federal Medicare Part D drug benefit. He stated how he knew for many Pennsylvania seniors the enrollment process for this benefit was confusing. The

letter said that because I was already enrolled in PACE or PACE NET, I had a drug benefit, and the PACE program and the Department of Aging would review my records, the drugs I used and the pharmacies where I buy these medications, and I would be enrolled in both PACE and a federally approved pharmaceutical assistance plan that best met my needs.

According to the Governor, I should just stay enrolled in PACE or PACE NET and wait for PACE program mailings that would help me sort through all the options. A copy of that letter is attached.

8. I subsequently received a letter from the Director of the PACE NET program advising me of my option to enroll in the Medicare prescription drug benefit through May 15, 2006. The letter said that my PACE/PACE NET coverage was as good as the coverage offered through this new Medicare drug benefit program, and this meant I had "credible coverage." A copy of that letter is attached.

9. PACE NET had a monthly $40 deductible, which I paid to the pharmacist, and an $8 co-payment for generic drugs and a $15 co-payment for single source brand name drugs.

10. About this same time, I began to receive circulars, brochures, and other information for the various Medicare Part D plans, in particular the Highmark or Blue Cross/Blue Shield plan in my area, Pittsburgh, and the University of Pittsburgh Medical Center Plan, called "UPMC." The information which I received on each looked like two small books. As I was trying to evaluate these plans and would call for information, I would be sent the same circulars or

brochures each time, none of which answered my questions in trying to compare what I was getting with "Lilly Answers," or the PACE NET program.

11. At this point, I was confused about what program would be the best for me, recognizing I was only taking two drugs, but mindful that given my age, there was always the possibility additional drugs could be prescribed by my physician.

12. I thought my local pharmacist could help me better understand all the information I had now received. I had been a customer for many years, and recommended many of my friends to him.

13. When I visited with him, I was surprised to be told he could not advise me on any of the programs, and I would just have to pick one, and there were many to pick from.

14. At that point, it seemed to me like the best decision was to stay with the Pennsylvania PACE NET program, as I thought I was enrolled in it, and would be enrolled in any Medicare program.

15. I continued to get my drugs from the local pharmacy, when around September of this year, he informed me that I owed him $129 because he was not aware that the "Lilly Answers" program had been discontinued. I was outraged.

16. I called PACE NET and was told by a representative that I needed to pick a Part D plan and that PACE NET had not enrolled me in any Medicare Part D plan as the Governor's letter said would happen. She explained to me that four (4) different plans were available to me and due to the small amount of medication I received, she recommended the Humana plan for me to enroll in that she thought

would be best for my current needs. She said that I had been paying more than I should because the various programs and the benefits of each to me had never been explained, and that the monthly $40 deductible had dropped to $32.59. This was the first bit of helpful information I received in the entire process. I thought all this had been done by PACE NET as the Governor's letter explained.

17.     I must say I was very upset with what had occurred and related the events to my friends at church and Meals on Wheels, where I volunteer. I learned my confusion was not unique and I learned of seniors getting "letters of no coverage," and one close friend paying more in total for her Medicare Part D plan than the cost of her drugs. One friend explained how she finally went to "Father Ryan," the head of the Catholic social services program in our area so he could tell her what to do. It was very sad to hear about all these problems, especially from seniors older than me, and many who had significantly greater medical care needs.

18.     I subsequently received an application from PACE NET for a Medicare Part D Plan that I will be enrolled in for November 15, 2006, and for which I am eligible January 1, 2007. I will then pay a deductible of $22.50 per month to the Humana plan and not my pharmacist, and it will cost me $8.00 for my generic drug and $15.00 for my brand name drug, assuming my health conditions do not change.

19.     I am a member of the Washington Legal Foundation and am making the declaration for this law suit not just because of the problems I encountered but also for my many friends. At my age, I pride myself, as do they, at being independent and fully capable of making our own decisions. All we are asking is to

- 5 -

have the Medicare program permit us to get meaningful information, to allow our pharmacist, physicians and other care givers to at least tell us what they think might be the best plan and drug benefits for us, as they best know our health cared needs, so we can consider all sources of helpful information. I evaluate comparative information every day when I shop for food or clothes, buy gasoline, have my car serviced, and the like. I believe myself and other seniors would be better served by our Medicare program if we were permitted to get that type of information from a variety of sources.

20. I am greatly concerned that if my health care needs change and my physician prescribes additional medications that I could end up being caught in the same predicament as I have just experienced.

21. Under penalty of perjury, I state that I have read the foregoing declaration consisting of twenty-one (21) numbered paragraphs, and the statements herein are true and correct to the best of my knowledge, information and belief.

*Rebecca E. Fox*
Rebecca E. Fox

Date: 11-9-06



COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF AGING
Harrisburg, PA 17101-1919

June 1, 2005

Dear Cardholder,

As a Pennsylvania resident, you have already participated in the Property Tax/Rent Rebate program, and you have been selected as a person who may be eligible to receive PACE or PACENET benefits.

The PACE/PACENET programs are the Commonwealth of Pennsylvania's prescription benefit plans that help older Pennsylvania residents reduce out-of-pocket expenses for prescription medications. Applying for this benefit is free. Once you are enrolled, you will be able to purchase your prescription drugs for a very low cost. Please see the reverse side of this letter for information regarding completion of the application as well as eligibility and program requirements.

Please review the enclosed enrollment application and complete any missing information. Once you have completed the application, sign it in section E. If your spouse is also applying, your spouse must also sign the application. A return envelope has been provided for you.

If you have any questions regarding the Program or need help completing the application, please contact our Cardholder Services department toll free at 1-800-225-7223.

Sincerely,

Thomas M. Snedden
Director
The PACE Program

Enclosures

**Please see the back of this letter for complete instructions.**

PT/RROD001



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF THE GOVERNOR
HARRISBURG

THE GOVERNOR

January 24, 2006

Dear PACE Cardholder:

As you are aware, on January 1st, you were eligible to participate in the new federal Medicare Part D drug benefit. I know that for many Pennsylvania seniors the enrollment process for this benefit has been confusing. Because you are a participant in the Pennsylvania Pharmaceutical Assistance program known as PACE, I wanted to share some very important information with you.

Because you are enrolled in PACE or PACENET, you already have a drug benefit. You can and should stay enrolled. Over the coming weeks, the PACE program and the Department of Aging will review your records, both the drugs that you use and the pharmacies where you buy these medications. You will then be enrolled in both PACE and a federally approved pharmaceutical assistance plan that best meets your needs. Your current coverage will not be diminished by this change.

Remember, for now, just stay enrolled in PACE or PACENET. Wait for the PACE program mailing which will help you sort through all the options by providing you with a recommendation about the plan that best meets your personal needs.

If you have any questions or concerns, please call the PACE toll-free cardholder number at 1-800-225-7223.

Sincerely yours,

Edward G. Rendell
Governor



**FORMAL NOTIFICATION**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF AGING
Harrisburg, PA 17101-1919

**PACE and PACENET are Creditable Coverage**

```
**************AUTO**3-DIGIT 151
[barcode]
REBECCA FOX
108 SOUTHVIEW DR
CORAOPOLIS, PA  15108-3714
```

Dear PACE/PACENET Cardholder:

Medicare beneficiaries have the option to enroll in the Medicare prescription drug benefit through May 15, 2006. However, your PACE/PACENET coverage is as good as the coverage that is offered through this new benefit. This means you have "creditable coverage." If you remain enrolled in PACE/PACENET and decide to enroll in the Medicare drug benefit after May 15, 2006, you will not have to pay a penalty on your premiums. To avoid the penalty, however, you will need a copy of this letter.

You should also know that if your PACE/PACENET benefits are cancelled and you do not have any other prescription benefits that are considered "creditable coverage," you will have to enroll in the new Medicare drug benefit if you do not want to pay a premium penalty. If you go 63 days or longer without prescription drug benefits that are at least as good as the coverage offered through the Medicare benefit, you will have to pay a 1% penalty on the monthly premium for every month you go without coverage.

If you have any questions regarding the Medicare prescription drug benefit or your PACE/PACENET benefits, please call our Cardholder Services Department at 1-800-225-7223.

Sincerely,

Thomas M. Snedden
Director
The PACE Program