UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON LEGAL FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, in his official ) <br> capacity as Secretary, U.S. Department ) <br> of Health and Human Services, ) <br> ) <br> and ) <br> ) <br> LESLIE V. NORWALK, in her official ) <br> capacity as Acting Administrator, Centers ) <br> for Medicare and Medicaid Services, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 1:06CV01490 (RMC) |

### DECLARATION OF MARY A. SAMP

I, Mary A. Samp, do hereby declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1. My name is Mary A. Samp. I am a resident of the Commonwealth of Massachusetts, and I am of sufficient competence to make this declaration. I make this declaration upon my personal knowledge and in support of the Plaintiffs' Motion for a Preliminary Injunction.

2. I am 86 years old. I have been married to my husband, Edward J. Samp Jr. (age 88), since 1946. We have been Medicare beneficiaries since we turned 65. We are residents of Youville House, an independent living facility for senior citizens located in Cambridge, Massachusetts. I continue to drive. Edward and I pride ourselves in our ability to continue to handle our personal affairs.

3. Before the establishment of Medicare Part D, we were enrolled in prescription drug

plans offered by our former employers. In my case, the former employer is Harvard University. In Edward's case, the former employer is the City of Cambridge, Massachusetts. We were generally pleased with the discounted drug prices we received under those plans.

4. I have taken charge of arranging medical coverage for both Edward and me. Once Medicare Part D coverage became available in early 2006, I began investigating whether we should enroll in a Part D plan. I concluded that I should not do so because I concluded that I was better off continuing to obtain prescription drug coverage through Harvard. I reached that conclusion after reading a newsletter from the Harvard University Retirees Association, which recommended strongly that Harvard retirees would be better off not switching to a Part D plan. A copy of that newsletter is attached. Also, at this time I take relatively few prescription drugs, so I concluded that the amount of money at issue was not sufficiently large for me to devote much attention to the issue. That may change if I begin taking more prescription drugs in the future.

5. In contrast to me, Edward takes quite a few expensive prescription drugs on a daily basis, so I devoted a significant amount of time trying to determine which prescription drug plan would be best for him. Nonetheless, I became quite confused regarding how to proceed with Edward's coverage, and I am still confused to this day. Edward received a letter from the City of Cambridge in November 2005 (copy attached), advising him that Cambridge was arranging for Part D coverage for its retirees and that he should not sign up for Part D coverage on his own.

6. In January 2006, Cambridge wrote again (copy attached), advising Edward that he was to be provided Part D coverage by Blue MedicareRx through Blue Cross Blue Shield of

Massachusetts. At the same time, other Part D plans attempted to solicit his business. Edward received voluminous information regarding the scope of benefits, both from Cambridge / Blue MedicareRx and from other Part D plans. We found all of the information very confusing.

7. Edward is a veteran of World War II. As a result of injuries he suffered at the Battle of Okinawa, he retired from the U.S. Navy as a Lieutenant Commander on 100% disability in 1946, a disability status he has maintained ever since. As a result of his status as a retired naval officer, he qualifies for benefits under the TRICARE prescription drug benefit. In January 2006, Edward received a letter (attached) from the U.S. Department of Defense, informing him that "[t]here will almost always be no advantage to enrolling in a Medicare prescription drug plan for most TRICARE beneficiaries." The letter also stated that should Edward enroll in a Medicare prescription drug plan, TRICARE would be reduced to a secondary payer.

8. Given our confusion regarding how to proceed, I decided to seek advice from the medical professionals with whom we dealt. However, I found it very difficult to obtain such advice. Medical personnel at Youville House and at the rehabilitation center that is attached to Youville House told us that they were not in a position to provide advice. Pharmacists at the local pharmacy at which we have done business for a number of years said that they could not recommend a specific Part D plan or otherwise provide advice that might be construed as "steering" us to a particular plan.

9. We finally turned for assistance to a local volunteer agency that provides legal assistance to senior citizens. I explained our dilemma to one of the attorneys at that agency. She agreed to look at our materials and to give us her opinion, but with the understanding that

she had no particular expertise on medical benefit issues. She ultimately concluded that Edward would be best off financially if he enrolled in Blue MedicareRx.

10. Based on that attorney's advice, we decided in early 2006 to enroll Edward in the Part D plan offered by Blue MedicareRx, and he continues to be enrolled in that plan.

11. Edward purchases a large number of prescription medications on a regular basis. Because of that large volume, we paid a substantial amount of money out of our own funds in 2006 for prescription drugs, in addition to the amounts paid by Blue MedicareRx on our behalf.

12. In light of those costs, we continue to be concerned that Edward may not be enrolled in the Part D plan that best suits his needs. We would like to be able to receive advice from our health care providers – particularly our pharmacist – regarding whether some other specific Part D plan or TRICARE would be a better plan for him to enroll in.

13. I am also concerned that if my health care needs change and my physician prescribes additional medications, I may be better off enrolling in a Part D plan. I would like to be able to receive advice from our health care providers regarding those contingencies, including advice on a specific Part D plan that might better suit my needs.

Under penalty of perjury, I state on this ___ day of January, 2007, that I have read the foregoing declaration consisting of thirteen (13) numbered paragraphs, and the statements herein are true and correct to the best of my knowledge, information, and belief.

_____
Mary A. Samp

4

# Harvard University Retirees Association



Newsletter     October 2005     Vol. XX, No. 3

## Medicare Part D Prescription Drug Plan

HURA members are reminded that Vicki Boone, Acting Associate Director of Benefits in Harvard University's Benefits Services Group, said in an interview for a July *Resource* article that Harvard retirees are urged NOT to sign up for the Medicare Part D Prescription Drug Plan—that the wisest course of action for most of Harvard's retirees is to take no action. "Not only are Harvard's retirees already covered," she said, "but enrolling in Medicare Part D would create an additional expense—with very little or no additional benefit." (See the full article on the HURA website by clicking on "HURA News" [upper left box] and scrolling down to "From the *Harvard Community Resource*.") Another *Resource* article will offer more details in October or November.

By November 14, Harvard will send all eligible retirees information about how their current drug coverage will work with Medicare D. For the time being, you should not sign up. Your current coverage is a better deal than you would get under Medicare D. Watch this newsletter and our website for more complete information later in the fall.

— *Malcolm Hamilton*

## Retirees' IDs

Current employees will be issued new IDs, but your present card, with your photo (for better or worse) is as good as ever. You'll notice that it says "Retiree" on it. Should you lose it, however, you can get a replacement but your new card will not bear the Retiree designation. You'll have the same privileges as before, of course. It's nice to know that some things don't change.

### DATES FOR YOUR CALENDAR

**Sat., Oct. 22:** Harvard/Princeton football game and lunch.

**Mon., Oct. 24:** University Health Services talk on "You and Your Medicine," and Q. and A. session on Medicare Part D Prescription Drug Program. See Page 3.

**Wed., Oct. 26:** HUHS brown bag lunch talk on "Healthy Relationships." See Page 3.

**Wed., Nov. 16:** Culinary Adventure in Providence, RI. See registration form in September Newsletter or call Ann Couch at 617-776-3954 to sign up.

**Wed., Nov. 16:** HUHS talk on "Caring for an Older Adult." See Page 3.

**Fri., Dec. 9:** Holiday Party, Oakley Country Club. See Page 2.

**TBA:** Luncheon and tour of some little-known treasures, Harvard Business School. Watch this space for date and information.



CITY OF CAMBRIDGE   •   EXECUTIVE DEPARTMENT

*Robert W. Healy, City Manager*     *Richard C. Rossi, Deputy City Manager*

EDWARD J SAMP JR
1573 CAMBRIDGE ST
APT 205
CAMBRIDGE, MA 02138

November 10, 2005

Dear Managed Blue for Seniors Subscriber:

Beginning January 1, 2006 **Medicare eligible retirees** will be eligible for prescription drug coverage paid for by Medicare, through the new **Medicare Part D** program. The City of Cambridge is working with our health carriers to take full advantage of this program. This should result in improved coverage and lower premiums for retirees. We want to make the conversion as simple as possible, with no interruption of coverage.

In 2006, all the City health plans for Medicare eligible retirees, spouses and survivors will be similar to our plan offerings in 2005. As a result of the new Medicare Part D prescription drug benefit, there may be slight differences in benefits. Some health plans will have new names.

Your current plan, Managed Blue for Seniors from Blue Cross/Blue Shield of MA, will change its name to **Managed Blue for Seniors** for medical benefits, and **Blue Medicare Rx** for prescription drug benefits. THIS CHANGE IN YOUR HEALTH INSURANCE PLAN WILL TAKE PLACE AUTOMATICALLY AND YOU WILL NEED TO DO NOTHING AT THIS TIME TO CONTINUE YOUR HEALTH INSURANCE COVERAGE.

795 Massachusetts Avenue, Cambridge, Massachusetts 02139