Some of the new plan highlights are:

- **Monthly premium** of $26.19/month (formerly $30.23)
- **No change** in medical benefits (for doctors, hospitals, clinics, etc.)
- Prescription Drug Coverage through Blue Medicare RX (Anthem Wellpoint)- separate card for prescription drugs supplies: $10 generic/$25 preferred brand/$45 non preferred brand. Prescription Drug co-payments will now be flat fees for 30 day supplies. You will no longer be responsible for paying for drugs on a percentage of cost.
- Mail order will now be flat fees of $20 generic/$50 preferred brand/$90 non preferred brand for 90-day supply through **Blue Medicare RX**. New mail order forms will be available in December 2005. NOTE: As of January 1, Express Scripts will no longer cover your mail order drugs. Prescriptions can not transfer from one vendor to another, so for any mail order after January 1, 2006, you will need a new prescription from your doctor.

Blue Cross/Blue Shield will automatically enroll you in Medicare Part D coverage, so you should NOT sign up for any Medicare Part D additional coverage on your own, as it could put your enrollment with the City of Cambridge plan in jeopardy. Because you will be enrolled in a Medicare Part D plan that is at least as good as the Standard Medicare Part D benefit, you have "creditable coverage". Retain a copy of this letter in your records to demonstrate that you will be enrolled in a qualified Medicare Part D plan, as of January 1, 2006.

You will receive two new Blue Cross health cards both to be used beginning January 1, 2006.
1. a new, separate medical benefits card (Managed Blue for Seniors)
2. a new prescription drug benefits card (Blue Medicare RX).

We intend to have our usual open enrollment for retirees in February/March of 2006, at which time you may make changes to your health insurance plans for April 1, 2006.

We know many of the changes are confusing, and coming up very quickly. The City's Employee Benefits staff is available to answer your questions and concerns. The members of the Employee Benefits Staff who can help you are:

- Sheila Keady Rawson 617-349-4341
- Tareque Ahmed 617-349-4337
- Maggie Perez 617-349-4338

Their regular office hours are Mondays 8:30am-8:00pm, Tuesday, Wednesday, Thursday 8:30am-5:00pm, and Friday 8:30am-12:00noon. Additionally, we will have <u>telephone only</u> hours until 7pm on Thursdays, and 2pm on Fridays from Nov 28 though Dec 22, 2005. If you would like to come in to meet with a member of the Employee Benefits staff, we request that you set up an appointment by calling one of the phone numbers listed above.

We anticipate a high volume of calls, and thank you in advance for your patience.

Sincerely

Robert W. Healy
City Manager

PS.  Remember- if you are a current user of the Blue Cross mail order service through Express Scripts, you will need a new prescription from your doctor for mail order services after January 1, 2006 through Blue Medicare RX. New mail order forms will be available in December 2005.



CITY OF CAMBRIDGE    •    EXECUTIVE DEPARTMENT

Robert W. Healy, City Manager    Richard C. Rossi, Deputy City Manager

January 18, 2006

Dear Blue Medicare Rx Subscriber:

As of January 1, 2006 the City of Cambridge is providing prescription drug coverage under Medicare Part D with Blue MedicareRx through Blue Cross Blue Shield of Massachusetts. Several forms are now available for use, including the prescription drug mail order forms. Blue Medicare Rx will offer mail order service through Precision Rx.

The following forms/information sheets have been made available to the City of Cambridge, and are included in this mailing:

- Information sheet on City of Cambridge coverage through Blue Medicare Rx
- Information sheet on mail order coverage through Precision Rx
- Precision Rx enrollment/mail order forms. These are also available online at https://www.precisionrx.com/wpx/printforms.screen
- The most recent copy of the City's group Blue Medicare RX drug formulary. Beginning on page 5, this document also gives instructions for requesting an exception, if you do not find your medication on the list. This is a more comprehensive formulary than previous versions you may have received, and contains more information and available medicines than the formulary found on the Blue Medicare RX website.

More information will be sent from Blue Cross and Blue Shield in the next few weeks. In the meantime, please feel free to contact the City's Employee Benefits section (617-349-4337) or the Cambridge School Department Benefits section (617-349-6440) with any questions you may have on this new coverage.

Thank you for your continued patience as we work together to implement the new prescription drug plan.

Sincerely,

Robert W. Healy
City Manager

795 Massachusetts Avenue, Cambridge, Massachusetts 02139

THE ASSISTANT SECRETARY OF DEFENSE

1200 DEFENSE PENTAGON
WASHINGTON, DC 20301-1200

**HEALTH AFFAIRS**

SUBJECT: TRICARE Prescription Drug Benefit is Creditable Coverage

Dear TRICARE/Medicare Beneficiary:

This notice has information about your current TRICARE prescription drug coverage and the Medicare prescription drug coverage that is available to people who have Medicare Part A and/or Part B.

There will almost always be no advantage to enrolling in a Medicare prescription drug plan for most TRICARE beneficiaries. The exception is for individuals who have limited income and resources. On average, the TRICARE prescription drug coverage is at least as good as the standard Medicare prescription drug coverage, which means it is creditable coverage. Because the TRICARE prescription drug benefit is creditable coverage, you will not be required to pay extra if you decide to enroll in a Medicare prescription drug plan after the initial enrollment period.

All Medicare prescription drug plans will provide at least a standard level of coverage. Monthly premiums vary by plan. There are two types of Medicare prescription drug plans:

- Prescription drug plans that add coverage to the Original Medicare plan.
- Prescription drug plans that are part of a managed care plan. Under this option you would also get all of your health care through the managed care plan.

Before deciding whether or not to enroll in a Medicare prescription drug plan, you should compare monthly premiums, deductibles, co-pays and drug coverage of various prescription drug plans in your area with your TRICARE prescription drug benefits. For more information about your TRICARE prescription drug benefit, access the TRICARE Pharmacy website at *www.tricare.osd.mil/pharmacy*. If you do decide to enroll in a Medicare prescription drug plan, TRICARE will pay secondary to Medicare.

If you did not enroll in a Medicare prescription drug plan but have been informed that you were automatically enrolled, you may remain enrolled. If you wish to terminate your enrollment, call 1-800-MEDICARE (1-800-633-4227). Clearly state that you want to be disenrolled and that you do not wish to be automatically enrolled in the future.

Beneficiaries who became eligible for Medicare in February 2006 or later may enroll in the Medicare Prescription Drug Program during their Initial Enrollment Period. The Initial Enrollment Period begins three months before a beneficiary becomes eligible for Medicare and ends three months after. The initial enrollment period is the time that beneficiaries may enroll in Medicare Part A (hospital insurance), Medicare Part B (medical insurance), and Medicare Part D (prescription drug coverage).

- For example, a beneficiary who turns 65 on June 5, 2006 becomes eligible for

There will almost always be no extra charge for enrolling in a Medicare prescription drug plan for most TRICARE beneficiaries. The exception is for individuals who have limited income and resources. On average, the TRICARE prescription drug coverage is at least as good as the standard Medicare prescription drug coverage, which means it is creditable coverage. Because the TRICARE prescription drug benefit is creditable coverage, you will not be required to pay extra if you decide to enroll in a Medicare prescription drug plan after the initial enrollment period.

All Medicare prescription drug plans will provide at least a standard level of coverage. Monthly premiums vary by plan. There are two types of Medicare prescription drug plans:

- Prescription drug plans that add coverage to the Original Medicare plan.
- Prescription drug plans that are part of a managed care plan. Under this option you would also get all of your health care through the managed care plan.

Before deciding whether or not to enroll in a Medicare prescription drug plan, you should compare monthly premiums, deductibles, co-pays and drug coverage of various prescription drug plans in your area with your TRICARE prescription drug benefits. For more information about your TRICARE prescription drug benefit, access the TRICARE Pharmacy website at *www.tricare.osd.mil/pharmacy*. If you do decide to enroll in a Medicare prescription drug plan, TRICARE will pay secondary to Medicare.

If you did not enroll in a Medicare prescription drug plan but have been informed that you were automatically enrolled, you may remain enrolled. If you wish to terminate your enrollment, call 1-800-MEDICARE (1-800-633-4227). Clearly state that you want to be disenrolled and that you do not wish to be automatically enrolled in the future.

Beneficiaries who became eligible for Medicare in February 2006 or later may enroll in the Medicare Prescription Drug Program during their Initial Enrollment Period. The Initial Enrollment Period begins three months before a beneficiary becomes eligible for Medicare and ends three months after. The initial enrollment period is the time that beneficiaries may enroll in Medicare Part A (hospital insurance), Medicare Part B (medical insurance), and Medicare Part D (prescription drug coverage).

- For example, a beneficiary who turns 65 on June 5, 2006 becomes eligible for Medicare June 1, 2006. The beneficiary's initial enrollment period began March 1, 2006 and ended September 30, 2006.

In addition, Medicare beneficiaries can enroll in a Medicare prescription drug plan during the open enrollment period (November 15th – December 31st) each year, with prescription drug coverage beginning January 1st of the following year.

TRICARE/Medicare beneficiaries may lose their TRICARE eligibility due to circumstances such as remarriage, certain divorces, or when children attain age 21, or age 23 if they are a full time student. If you lose your TRICARE eligibility and enroll in a Medicare prescription drug plan within 62 days of losing TRICARE coverage, you will not pay more for Medicare prescription drug coverage than you would have had you enrolled in Medicare Part D when first eligible.

If you go 63 days or longer without prescription drug coverage that is at least as good as Medicare's prescription drug coverage, your monthly premium will go up at least one percent per month for every month that you did not have that coverage. You will have to pay this higher premium as long as you have Medicare prescription drug coverage. In addition, you may have to wait until the following November to enroll.

More detailed information about Medicare prescription drug plans is available in the "Medicare and You" handbook. You may also get more information about Medicare prescription drug plans from the following places.

- Visit www.medicare.gov for personalized help
- Call your State Health Insurance Assistance Program (see your copy of the "Medicare and You" handbook for their telephone numbers)
- Call 1-800-MEDICARE (1-800-633-4227). TTY 1-877-486-2048

**Please keep this notice. If you enroll in one of the Medicare prescription drug plans, you may need to provide a copy of this notice to show that you are not required to pay a higher premium.**

Sincerely,

*William Winkenwerder Jr.*

William Winkenwerder, Jr., MD

---

DMDC Support Office
400 Gigling Road
Seaside CA 93955-6771
**Attn: MDRD**

PRSRT STD
U S POSTAGE
**PAID**
PERMIT 85
SALINAS CA

**Important Notice from the Department of Defense about your TRICARE Prescription Drug Coverage and Medicare Prescription Drug Coverage**

EDWARD J SAMP JR
ATTN: ALL MEDICARE RECIPIENTS
1573 CAMBRIDGE ST APT 205
CAMBRIDGE  MA  02138-4378