# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WASHINGTON LEGAL FOUNDATION,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA No. 1:06cv01490 (RMC) |
| ) | Judge Collyer |
| **MICHAEL O. LEAVITT,** in his official ) | |
| capacity as Secretary, U.S. Department ) | |
| of Health and Human Services, ) | |
| ) | |
| and ) | |
| ) | |
| **LESLIE V. NORWALK**, in her official ) | |
| capacity as Acting Administrator, Centers ) | |
| for Medicare and Medicaid Services, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

Plaintiff Washington Legal Foundation (WLF) having filed a motion for a preliminary injunction; and the Court having considered the premises; now, therefore, it is hereby

ORDERED that the motion be and hereby is GRANTED; and it is further

ORDERED that the U.S. Department of Health and Human Services (HHS) and the Centers for Medicare and Medicaid Services (CMS) are hereby enjoined, pending trial of this matter, from enforcing any rule or regulation designed to prevent health care providers and professionals from supplying truthful information to Medicare beneficiaries regarding the choice of a Medicare Part D plan. Should HHS and/or CMS desire to impose conditions on the right of providers and/or professionals to supply such information – such as requiring speakers to provide disclaimers in connection with their speech – they shall seek advance permission from the Court before doing so. This injunction shall not apply to HHS and CMS efforts to regulate

the speech of anyone acting as an agent of and/or on behalf of a Part D plan, and who is

soliciting a Medicare beneficiary to enroll in that Part D plan.


_____
Honorable Rosemary M. Collyer
United States District Judge


Dated:   _____, 2007


Copies to:

Daniel J. Popeo, Esq.
Richard A. Samp, Esq.
Washington Legal Foundation
2009 Massachusetts Ave., N.W.
Washington, DC 20036
Tel: (202) 588-0302
Fax: (202) 588-0386
Email: rsamp@wlf.org

Brian G. Kennedy, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Room 7204
Washington, DC 20530
Tel: (202) 514-3357
Fax: (202) 616-8470
Email: brian.kennedy@usdoj.gov.