IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON LEGAL FOUNDATION ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:06-01490-RMC |
| ) | Judge Collyer |
| MICHAEL O. LEAVITT, *et al.*, ) | |
| ) | |
| Defendants ) | |
| _____) | |

<u>Order</u>

This matter having come before the Court on plaintiff's Motion for Preliminary Injunction, and the Court being fully advised in the premises and concluding that the motion for preliminary injunction should be denied, IT IS HEREBY ORDERED that plaintiff's motion for preliminary injunction be and hereby is DENIED.

_____
United States District Judge

Date: _____