IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON LEGAL FOUNDATION )<br>)<br>    Plaintiff )<br>)<br>    v. )<br>)<br>MICHAEL O. LEAVITT, *et al.*, )<br>)<br>    Defendants )<br>_____) | Civil Action No. 1:06-01490-RMC<br>Judge Collyer |

### DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF

Defendants, by their undersigned attorneys, hereby make the following requests for production of documents pursuant to Rule 34, Federal Rules of Civil Procedure.

As used in these requests, the term "firm" refers to the plaintiff Washington Legal Foundation.

### Requests for Production

1. The firm's Articles of Incorporation and any by-laws or similar documents however titled.

2. The firm's membership agreement and any similar documents however titled.

3. Any documents delegating authority from members of the firm to other members of the firm, to officers of the firm, to employees of the firm, or to the firm.

4. Any documents setting forth or describing the duties and authorities of the officers, if any, of the firm.

5. Any documents that set forth or describe the criteria by which

membership in the firm is determined.

6. Any documents that set forth or describe the distinctions between members of the firm and supporters of the firm.

7. Any documents that disclose to a person who may consider whether or not to become a member or supporter of the firm what actions of the person will result in that person becoming a member of the firm and what actions or inactions will result in that person remaining a non-member of the firm.

8. Any documents setting forth the duties and obligations of members of the firm, including, but not limited to, any obligation to pay dues.

9. Any documents constituting or setting forth invitations or other notices of each of the four most recent membership meetings.

10. Any agendas, minutes, or other similar documents, however titled, of the four most recent membership meetings.

11. Any blank ballots or similar materials distributed to members or other electors of officers and/or directors for use in selecting officers and/or directors of the firm after January 1, 2003, or, in the event that there have not been two or more cycles of selection subsequent to January 1, 2003, for each of the last two cycles of selection.

12. Any documents that set forth or describe the mechanisms (*e.g.*, membership meetings, vote or other poll of the membership) by which the firm decides which legal actions the firm will or will not pursue on its members' behalf.

13. Any documents that set forth, constitute, or describe the determination pursuant to that mechanism (or those mechanisms) to authorize the filing of this

suit.

14. Any documents constituting (*e.g.*, letter from member) or describing (*e.g.*, firm employee's notes on telephone call) each communication that was either described in response to interrogatory 18 or that would have been described in that interrogatory but for an objection.

15. Any documents made available by the firm to its members concerning Medicare Part D.

                                          Respectfully submitted,

                                          PETER D. KEISLER
                                          Assistant Attorney General

                                          JEFFREY A. TAYLOR
                                          United States Attorney

                                          _____
                                          Sheila M. Lieber
                                          Brian G. Kennedy (D.C. Bar 228726)
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          20 Massachusetts Avenue N.W.  Room 7204
                                          Washington, D.C.  20530
                                          Tel.: (202) 514-3357
                                          Fax: (202) 616-8470
                                          Email: brian.kennedy@usdoj.gov

                                          Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have this 8th day of December, 2006, served a copy of the foregoing Defendant's First Set of Requests for Production of Documents to Plaintiff by first-class mail, postage prepaid upon

>Richard J. Samp
>Washington Legal Foundation
>2009 Massachusetts Ave., NW
>Washington, DC 20036

and by e-mail to Richard Samp at rsamp@wlf.org.

_____
Brian G. Kennedy