# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WASHINGTON LEGAL FOUNDATION,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA No. 1:06cv01490 (RMC) |
| | ) | Judge Collyer |
| **MICHAEL O. LEAVITT,** in his official | ) | |
| capacity as Secretary, U.S. Department | ) | |
| of Health and Human Services, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **LESLIE V. NORWALK**, in her official | ) | |
| capacity as Acting Administrator, Centers | ) | |
| for Medicare and Medicaid Services, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## PLAINTIFF'S RESPONSE TO
## DEFENDANTS' FIRST SET OF DOCUMENT REQUESTS

Plaintiff Washington Legal Foundation (WLF) hereby files its response to Defendants

Michael O. Leavitt's and Leslie V. Norwalk's First Set of Document Requests.  WLF reserves

the right to supplement this response when additional material pertinent to this lawsuit

becomes available and has been reviewed by it.

Plaintiff WLF objects to each document request to the extent it includes documents and

information that constitute privileged attorney-client communications or that were prepared in

anticipation of litigation and/or trial, or that relate to mental impressions, conclusions,

opinions, or legal theories of an attorney or other representative of WLF concerning the

litigation, including without limitation attorney work product, the investigative privilege, and

the limitations on discovery relating to consulting experts and documents exempt from

discovery by Fed. R. Civ. P. 26.  Subject to the foregoing objections, and without waiving those objections, WLF will produce all non-privileged documents not otherwise immune from discovery that are responsive to the requests.

Plaintiffs further state, in response to Request Nos. 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, and 15, that they have no responsive documents in their possession or control.

In response to Request No. 13, WLF has in its possession notes of a meeting of its Litigation Review Committee at which the committee considered and approved this lawsuit. WLF declines to produce these documents because they constitute privileged attorney-client communications and/or were prepared in anticipation of litigation and/or trial, and/or they relate to mental impressions, conclusions, opinions, or legal theories of an attorney or other representative of WLF concerning the litigation.

Respectfully submitted,


　/s/ Richard A. Samp　
Daniel J. Popeo
Richard A. Samp
WASHINGTON LEGAL FOUNDATION
2009 Massachusetts Ave., NW
Washington, DC  20036
(202) 588-0302

Dated:  February 1, 2007                    Counsel for Plaintiff

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 1st day of February, 2007, a copy of the foregoing response

to defendants' first set of requests for production was deposited in the U.S. Mail with first-

class postage affixed, addressed as follows:

Brian G. Kennedy, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Room 7204
Washington, DC 20530

and was sent by email to Brian G. Kennedy at <u>brian.kennedy@usdoj.gov.</u>


   <u>/s/ Richard A. Samp</u>
Richard A. Samp