762172

## OFFICE OF RECORDER OF DEEDS, D. C.

Corporation Division
Sixth and D Streets, N. W.
Washington, D. C.  20001

### CERTIFICATE

*THIS IS TO CERTIFY* that all provisions of the District of Columbia

Non-profit Corporation Act have been complied with and **ACCORD-**

INGLY this Certificate of _____ Incorporation _____

_____

is hereby issued to the ____ WASHINGTON LEGAL FOUNDATION _____

_____

as of the date hereinafter mentioned.

Date  August 4, 1976



PETER S. RIDLEY,
*Recorder of Deeds, D. C.*

Margurite C. Stokes
Assistant  *Superintendent of Corporations*

Government of the District of Columbia
Form RD-C 55
Oct. 1965

J-0129-75

TO:  Recorder of Deeds
     Washington, D.C.

FILING FEE ⟶ $18.00
INDEXING FEE $~~ 2.00
$12.00

## ARTICLES OF INCORPORATION

of

## WASHINGTON LEGAL FOUNDATION

First:  The name of this corporation is:  Washington Legal
Foundation.

Second:  The specific and primary purposes for which this corp-
oration is formed and for which it shall be exclusively adminis-
tered and operated are:  To receive, administer and expend funds
for charitable and educational purposes in connection with the
following:

    1.  To provide legal representation for the citizens of the
    United States of America, corporate or individual on matters
    of public interest at all levels of the administrative and
    judicial process;

    2.  To engage in nonpartisan analysis, study, and research
    for the benefit of the general public on those questions
    affecting public interest, both with respect to the public
    and private sectors, and for no other purposes, to the
    express exclusion, however, of the carrying on of any
    propaganda, or any attempt to influence legislation, or
    any participation in or intervention in (including the
    publishing or distributing of statements) any political
    campaign on behalf of any candidate for public office.  In
    order to accomplish the foregoing charitable and education
    purposes and for no other purpose or purposes, this corpor-
    ation shall have the following powers:

FILED
AUG 4. 1976
BY:

(a)  sue and be sued;

(b)  make contracts;

(c)  Receive property

by devise or bequest, subject to the laws regulating the transfer of property by will, and otherwise acquire and hold all property, real or personal, including shares of stock, bonds, and securities of other corporations.

(d)  Act as trustee under any trust whose objects are related to the principal objects of the corporation, and to receive, hold, adminsiter and expend funds and property subject to such trust;

(e)  Convey, exchange, lease, mortgage, encumber, transfer upon trust or otherwise dispose of all property, real or personal;

(f)  Borrow money, contract debts and issue bonds, notes and debentures, and secure the payment of and performance of its obligations; and

(g)  Do all other acts necessary or expedient for the administration of the affairs and attainment of the purposes of the corporation.

Third:  This corporation is organized pursuant to the Laws of the District of Columbia and does not comtemplate pecuniary gain or profit to the members thereof and it is organized for nonprofit purposes.  The undersigned incorporators are natural persons of the age of 21 years or more acting as incorporators in accordance to Chapter 10 of the code of the laws of the District of Columbia.

Fourth:  The principal office for the transaction of the business of the corporation is to be located in the District of Columbia at 2226 Cathedral Avenue, N.W., Washington, D.C.  20008. The registered agent of the corporation will be Gerald J. Popeo who resides at 2226 Cathedral Avenue, N.W., Washington, D.C.  20008.  Said agent's office is at 2226 Cathedral Avenue, N.W., Washington, D.C.  20008.

**Fifth:** The number of this corporation's directors is three and the names and addresses of the persons who are to act in the capacity of members and directors until the selection of their successors are:

| Names | Addresses |
|---|---|
| John T. Dolan | 1301 N. Pierce St., Arlington, VA  22201 |
| Gerald J. Popeo | 2226 Cathedral Ave., N.W., Wash., D.C. 20008 |
| Daniel J. Popeo | 1210 N. Taft Street, Apt. 402 Arlington, VA  22201 |

**Sixth:** The property of this corporation is irrevocably dedicated to charitable and educational purposes and no part of the net income or assets of this organization shall ever inure to the benefit of any director, officer, or member thereof, or to the benefit of any private persons. Upon the dissolution of winding up of the corporation, its assets remaining after payment of, or provision for payment, all debts and liabilities of this corporation, shall be distributed to a nonprofit fund, foundation, or corporation which is organized and operated exclusively for charitable and educational purposes which has established its tax-exempt status under Section 501 (c) (3) of the Internal Revenue Code of 1954 (herein after referred to as "Code").

**Seventh:** During any period the corporation is deemed to be a private foundation as defined in Section 509 of the Code, the corporation shall distribute its income, and principal, if necessary, (but not to members) at such time and in such manner as not to subject the corporation to tax under Section 4942 of the Code, and the corporation shall not engage in any act of self-dealing (as defined in Section 4943 (c) of the Code), retain any excess business holding (as defined in Section 4943 (c) of the Code), make any investments in such manner as to subject the corporation to tax under Section 4944 of the Code, nor make any taxable expenditures (as defined in Section 4945 (d) of the Code).

IN WITNESS WHEREOF, we have herunto set our hands this

_4th_ day of _____, 1976.

_____
                John T. Dolan

_____
                Gerald J. Popeo

_____
                Daniel J. Popeo

State of Virginia
County of Arlington

District of Columbia      )
                              )
                              )        ss.
                              )
                              )

On this ~~~ day of _August_, in the year of 1976, before me _James I Doddridge_, a notary public of the ~~District of~~ STATE of Columbia VIRGINIA, duly commissioned and sworn, personally appeared JOHN T. DOLAN, GERALD J. POPEO, and DANIEL J. POPEO, known to me to be the persons whose names are subscribed to within instrument, and acknowledged that they executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal in the ~~District~~ STATE of ~~Columbia~~ VIRGINIA the day, and year in this cerificate first above written.

_____

MY COMMISSION EXPIRES NOVEMBER 30, 1976

_____
Notary Public
District of Columbia