# GOVERNMENT OF THE DISTRICT OF COLUMBIA
### DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
### BUSINESS REGULATION ADMINISTRATION



# C E R T I F I C A T E

**THIS IS TO CERTIFY** that all applicable provisions of the DISTRICT OF COLUMBIA NONPROFIT CORPORATION ACT have been complied with and accordingly, this **CERTIFICATE of AMENDMENT** is hereby issued to

## WASHINGTON LEGAL FOUNDATION

as of **DECEMBER 13TH , 1993** .

Hampton Cross
Acting Director

Barry K. Campbell
Administrator
Business Regulation Administration

Patricia E. Grays
Assistant    Superintendent of Corporations
Corporations Division

Sharon Pratt Kelly
Mayor

ARTICLES OF AMENDMENT TO
ARTICLES OF INCORPORATION OF
THE WASHINGTON LEGAL FOUNDATION

FILED  DEC 13 1993

BY _____

TO:    Department of Consumer and Regulatory Affairs
       Business Regulation Administration
       Corporation Division
       614 H Street, N.W.
       Washington, D.C. 20001

FIRST:    The name of the corporation is:    Washington Legal Foundation.

SECOND:    The following amendments shall be made to the Articles of Incorporation:

ARTICLE THIRD is amended by adding the following final sentences:  "The corporation shall have voting members, who shall elect the Board of Directors, pursuant to procedures established by the Bylaws or the members.  The qualifications and rights of the members shall be enumerated in the Bylaws".

ARTICLE FOURTH is amended by deleting the first sentence and inserting in lieu thereof the following sentence:  "Buildings belonging to and operated by the corporation shall be used for purposes of public charity principally within the District of Columbia".

ARTICLE FIFTH is amended by adding the following final sentence:  "Directors who succeed the initial directors shall be elected by members of the corporation.  No director shall be eligible to serve as Chairman of the Board of Directors unless he or she is a member of the corporation".

ARTICLE SIX is amended by striking out the words "of 1954".

THIRD:    There are no members of the corporation who have voting rights.

FOURTH:    On December 6, 1993, a meeting of the Board of Directors was held at which the amendments described above were adopted.   The amendments described above were adopted by a majority of the directors in office.

IN WITNESS THEREOF we have herein set our hand this 10th day of December, 1993.

WASHINGTON LEGAL FOUNDATION

Constance C. Larcher, President

WASHINGTON LEGAL FOUNDATION

Attest:

Daniel J. Popeo, Secretary

[Corporate Seal]