# AMENDED AND REVISED
# BY-LAWS
## of
## THE WASHINGTON LEGAL FOUNDATION
## AS OF DECEMBER 31, 1993

---

### ARTICLE I

### Board of Directors

Section 1.   The following shall be the By-Laws of the above corporation, a non-profit corporation organized and operating under the District of Columbia Non-profit Corporation Act, and hereinafter called the "corporation".

Section 2.   The property, affairs, and business of the corporation shall be managed by its Board of Directors.

Section 3.   Except as may be otherwise required by law, the number of directors shall be three.  Provisions governing the election, suspension, or removal of directors shall be determined by the By-Laws or by the members.

Section 4.   The place, date and time for the annual meeting of the corporation shall be determined by the members, unless assigned to the Board of Directors.  The purpose of the meeting shall be to elect directors and for the transaction of such other business as may properly be brought before the annual meeting.

Section 5.   Special meetings of the Board of Directors shall be held at the place, date and time designated in the notice of said meeting, upon call

of the Chairman of the Board of Directors, or two directors and the purpose for such meeting shall be stated in the notice. By resolutions contained in a unanamous consent agreement, the Board of Directors may take and execute such actions and such action by agreement shall have the same standing as a meeting in person.

Section 6. Notice concerning meetings of the Board of Directors shall be in writing and signed by any officer, preferably the Secretary or an Assistant Secretary, and a copy thereof shall be served either personally or by mail, not less than one (1) day before the meeting upon each person entitled to vote at such meeting. No publication of notice of a meeting shall be required. No notice of an adjourned meeting need be given unless it shall be expressly required by statute. All meetings may be held without notice and without the lapse of any period of time, if at any time notice is waived by the person or persons entitled to said notice. Presence at a meeting constitutes waiver of notice.

Section 7. A majority of the directors entitled to vote at any meeting, present in person shall, except as otherwise provided by law or the Articles of Incorporation, constitute a quorum, at such meeting; if there be no such quorum, a majority of the persons so present or so represented may adjourn the meeting from time to time without further notice.

Section 8. Meetings shall be presided over by the Chairman, or if he is not present, by the President; or if neither the Chairman nor the President, then a Chairman shall be chosen by the directors. The Secretary of the corporation, or in his or her absence, an Assistant Secretary, shall act as secretary of every meeting, but if neither the Secretary nor the Assistant

Secretary is present, the directors shall choose any person present to act as secretary of the meeting.

Section 9. Every person entitled to vote at any meeting shall vote in person and not by proxy and shall be entitled to one vote. In the event of a catastrophe or emergency, including the death of a director, a director may give his or her vote by proxy to another director but solely for purposes of filling a vacancy caused by the death of a sitting director. Every such proxy must be executed in writing by the person entitled to vote. No proxy shall be valid after the expiration of six (6) months from the date of its execution.

Section 10. If the number of directors shall be increased, the additional directors then to be elected shall be promptly elected by a majority of the members enrolled at the time of the increase, or if not so elected, they shall be elected at the next annual meeting of the corporation.

Section 11. In the case of a vacancy occurring in the Board of Directors by reason of death, resignation or otherwise, the members shall elect a successor for the unexpired term. A vacancy in the Board of Directors shall also be deemed to exist whenever the directors increase their number by an amendment to Section 3 of these By-Laws or whenever the members of the corporation shall fail to elect directors.

Section 12. The Board of Directors may, in its discretion, by the affirmative vote of a majority thereof, appoint committees, including an Executive Committee, which shall have and may exercise such powers as shall be conferred or authorized by the resolutions appointing them. The Executive Committee shall consist of two or more members of the Board at least one of whom shall be the Chairman. A majority of any such committee, if the committee is

composed of more than two members, may determine its action and fix the time and place of its meeting, unless the Board of Directors shall otherwise provide. The Board of Directors shall have power at any time to fill vacancies in, to change the membership of, or to discharge any such committee.

Section 13. At any special meeting of the members of the corporation duly called as provided in these By-Laws, any director or directors may, by the affirmative vote of a majority of all members entitled to vote in the election of directors, be removed from office, without cause, and his or her successor or their successors may be elected at such meeting.

## ARTICLE II

### Members

Section 1. There shall be voting members of the corporation who shall have such voting privileges and other legal rights as are prescribed herein, by the Articles of Incorporation, and by the laws of the District of Columbia. Voting members shall be appointed by the Board of Directors, acting as such, until January 31, 1994. Thereafter, members shall elect members pursuant to procedures set forth in the By-Laws or as the members may provide by resolution. Each member shall have one vote on all matters at all times. All references in these By-Laws or the Articles of Incorporation to "members" shall mean the voting members of the corporation.

Section 2. Members shall serve for their lifetime or until their resignation, or as otherwise provided herein. Membership in the corporation may terminate by resignation as herein provided, or be terminated as otherwise provided by these By-Laws. All privileges or rights of a member in the

corporation shall cease upon the termination of membership. Any member may resign by giving written notice of such resignation to any officer or director and such resignation shall be effective on the date rendered, unless a different effective date is specified in the resignation.

Section 3. Membership in the corporation may not be sold or otherwise be treated as a security having a monetary value. A member may provide a limited or unlimited proxy to another member, or to a director, to vote on any matter coming before a meeting of members, but said proxy shall expire on the earlier to occur of the expiration date specified in the proxy or 180 days after the date on which the member signs the proxy.

Section 4. The annual meeting of the members of the corporation shall correspond to the annual meeting of the corporation. It shall ordinarily serve as the meeting at which directors are elected to fill vacancies including vacancies arising from expiring terms. Notice of such meeting enclosing nominations of persons to serve as directors, shall be signed by the Secretary (or other officer designated by the Board of Directors), and mailed to the last recorded address of each member at least five (5) days before the time appointed for the meeting.

Section 5. Special meetings of the members may be called by the Chairman of the Board of Directors or one-third (⅓) of the members of the corporation. Notice of any special meeting shall be mailed to each member at the last recorded address at least two (2) days in advance with a statement of time and place and information as to the subject or subjects to be considered.

Section 6. One-third (⅓) of the members of the corporation shall constitute a quorum for all meetings of members and, in case there be less than

this number, the presiding officer may adjourn the meeting from time to time until a quorum is present. Proxies may be used to establish a quorum.

Section 7. The order of business at all meetings shall be prescribed by a resolution the members.

## ARTICLE III

### Officers

Section 1. The Board of Directors shall elect a Chairman, President, Secretary, Treasurer and a General Counsel, and from time to time may appoint one or more Vice-Presidents, Assistant Secretaries, Assistant Treasurers or such other officers, agents and employees as it may deem proper. Any two offices may be held by the same person, except the offices of President and Secretary. The President may, but need not, be chosen from among the directors. The office of Chairman of the Board of Directors must be a voting member of the corporation.

Section 2. The term of office of all officers shall be one year and until their respective successors are elected and qualified, but any officer may be removed from office, either with or without cause, at any time by the affirmative vote of a majority of the Board of Directors then in office, or by the members. A vacancy in any office arising from any cause may be filled for the unexpired portion of the term by the Board of Directors.

Section 3. The officers of the corporation shall each have such powers and duties as generally pertain to their respective offices under District of Columbia law, as well as such powers and duties as from time to time may be conferred by the Board of Directors.

## ARTICLE IV

### Indemnification

Every individual who is or shall be or shall have been a director or officer of the corporation or his or her personal representative shall be indemnified by the corporation against all costs and expenses reasonably incurred by or imposed upon him or her arising out of or proximately related to any action, suit or proceeding to which he or she may be made a party by reason of being or having been a director or officer of the corporation or of any subsidiary or affiliate thereof, except in relation to such matters as to which he or she shall finally be adjudicated in such action, suit or proceeding to have acted in bad faith and to have been liable by reason of gross negligence in the performance of duty as such director or officer. Costs and expenses shall include, but without limiting the generality thereof, attorney's fees, damages and reasonable amounts paid in settlement.

## ARTICLE V

### Informal Action

Any action required or permitted to be taken at any meeting of the Board of Directors or any committee thereof may be taken without a meeting if prior to such action a written consent thereto is signed by all members of the Board or of the committee, as the case may be, and such written consent if filed with the minutes of proceedings of the Board.

## ARTICLE VI

### Fiscal Year

The fiscal year of the corporation shall begin on the calendar year, unless otherwise determined by the Board of Directors.

## ARTICLE VII

### Corporate Seal

The official seal of the corporation shall have inscribed thereon "WASHINGTON LEGAL FOUNDATION" and shall be in such form and contain such other words and/or figures as the Board of Directors shall determine.

## ARTICLE VIII

### Amendments

The By-Laws of the corporation may be amended, added to, rescinded or repealed at any meeting of the directors by affirmative vote of a majority of the directors, provided timely notice of the proposed change is given in the notice of the meeting; such amendment shall thereupon be approved by the members before it shall become effective.