**U.S. Department of Justice**

Civil Division

---

*Washington, D.C. 20530*

October 17, 2006

Mr. Richard A. Samp
Washington Legal Foundation
2009 Massachusetts Ave., NW
Washington, DC 20036

    Re:    <u>Washington Legal Foundation v. Michael O. Leavitt, et al., No. 06-1490 (D.D.C.)</u>

I will shortly be entering an appearance for the defendants in this action.

Pursuant to Rule 26(a), Federal Rules of Civil Procedure, defendants make the following initial disclosures:

The following persons are familiar with the challenged guidelines:

    Melvin J. Sanders
    Room C1-24-24
    7500 Security Blvd.
    Baltimore, MD 21244
    (410) 786-8355

        Mr. Sanders is Team Lead for Part D marketing within the Medicare Drug Benefits Group, a component of the Center for Beneficiary Choices. His team, in conjunction with the Part C marketing team and respective policy personnel, drafted the Medicare Marketing Guidelines.

    Larry S. Kocot
    Room 335G-7A
    200 Independence Ave., SW
    Washington, D.C. 20201
    (202) 260-1001

        Mr. Kocot is senior advisor to the Administrator. He worked with Mr. Sanders and his colleagues in rewriting sections of the original final Marketing Guidelines following public comment.

-2-

The public comments on the Guidelines are in defendants' custody or control and can be made available for your inspection or copying on request.

Defendants will be making no claims for damages and do not carry any insurance agreement under which any person may be liable to satisfy part or all of any judgment.

I am eager to have our Rule 26(f) conference at your earliest convenience. Defendants will be seeking discovery focused on the issue of standing, including discovery on nature of membership in the plaintiff firm, the alleged injury to members, the governance of the firm, and the procedures the members have authorized the firm to use in deciding which suits to bring on their behalf. Since standing is a threshold issue that should be reached before the merits, I believe that is important that the discovery that will be necessary to resolve this issue be completed expeditiously.

I can be reached at (202) 514-3357 or at the e-mail address (brian.kennedy@usdoj.gov) I will use to transmit this letter.

Sincerely yours,

Brian G. Kennedy
Senior Trial Counsel
Federal Programs Branch