## Kennedy, Brian (CIV)

**From:** Kennedy, Brian (CIV)
**Sent:** Thursday, January 11, 2007 11:11 AM
**To:** 'Rich Samp'
**Subject:** RE: Could you...

ok

---

**From:** Rich Samp [mailto:RSamp@WLF.org]
**Sent:** Thursday, January 11, 2007 11:12 AM
**To:** Kennedy, Brian (CIV)
**Subject:** RE: Could you...

I will do so. I will definitely have responses to you before we file our preliminary injunction motion. However, they are not finalized at this point. I'd like another week to 10 days to complete the responses, if that is acceptable to you.

-----Original Message-----
**From:** Kennedy, Brian (CIV) [mailto:Brian.Kennedy@usdoj.gov]
**Sent:** Thursday, January 11, 2007 10:56 AM
**To:** Rich Samp
**Subject:** Could you...

Send me a copy of your discovery responses by e-mail, please? Snail mail sometimes takes forever due to the anthrax screening. Thanks.

02/16/2007