**WASHINGTON LEGAL FOUNDATION**
2009 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, D. C. 20036
202 588-0302

February 2, 2007

Brian G. Kennedy, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Room 7204
Washington, DC 20530

      Re:    *Washington Legal Found. v. Leavitt*
               No. 06-1490

Dear Brian:

      This letter is in response to your request for further information regarding documents responsive to Request for Production No. 13.

      The documents in question relate to a meeting on November 15, 2006. I am unaware of an attendance list for the meeting. My best recollection is that the meeting was attended by me (as Secretary of the WLF Litigation Review Committee) as well as four of the five attorneys who are members of the committee: Joseph Artabane, Mary Jo George, David McPherson, and Daniel Popeo.

                                               Sincerely,

                                               Richard A. Samp
                                               Counsel for Plaintiff