**WASHINGTON LEGAL FOUNDATION**
2009 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, D. C. 20036
202 588-0302

August 3, 2006

Edward and Mary Samp
1573 Cambridge Street, #205
Cambridge, MA 02138

    Re:    Membership in Washington Legal Foundation

Dear Mr. & Mrs. Samp:

    This letter is to welcome you as members of the Washington Legal Foundation (WLF). As an organization devoted to preserving the individual rights of its members, supporters, and all American citizens, we pledge to do all we can to represent your interests — both in the courts and before government agencies.

    Membership in WLF entails no obligation on your part, and there are no annual dues. Furthermore, you should feel free to contact us at any time should you wish to discontinue your membership. So long as you remain a member, we will strive to keep you informed of our efforts to protect the rights guaranteed to you under the U.S. Constitution.

    In particular, we have long worked to protect the First Amendment rights of consumers to receive truthful information about health care options. We intend to file suit in the near future against the federal Centers for Medicaid and Medicare Services, challenging restrictions that CMS has imposed on dissemination of truthful information about options available to the disabled and senior citizens under Medicare Part D. We will keep you abreast of progress in that litigation.

    We look forward to serving you in the years to come. Please feel free to call if you have any questions.

                                                     Warmest regards,

                                                    Daniel J. Popeo
                                                   President and General Counsel