UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **WASHINGTON LEGAL FOUNDATION,** | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 06-1490 (RMC) |
| **MICHAEL O. LEAVITT, et al.,** | ) ) ) |  |
| Defendants. | ) ) |  |

### ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that WLF's motion for preliminary injunction [Dkt. # 8] is **DENIED**.

**SO ORDERED.**

Date:  March 19, 2007            _____/s/_____
                                  ROSEMARY M. COLLYER
                                  United States District Judge