## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WASHINGTON LEGAL FOUNDATION,**    )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>**MICHAEL O. LEAVITT,** in his official   )<br>capacity as Secretary, U.S. Department   )<br>of Health and Human Services,   )<br>)<br>and   )<br>)<br>**LESLIE V. NORWALK**, in her official   )<br>capacity as Acting Administrator, Centers   )<br>for Medicare and Medicaid Services,   )<br>)<br>Defendants.   )<br>_____)| CA No. 1:06cv01490 (RMC)<br>Judge Collyer |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

Pursuant to Fed.R.Civ.P. 15(a), Plaintiff Washington Legal Foundation (WLF) hereby moves for leave to file an amended complaint, for the purpose of substituting three of WLF's members as plaintiffs, in place of WLF.

In support of this motion, WLF is filing a memorandum of points and authorities. A proposed order, as well as WLF's proposed amended complaint, are also attached.

WHEREFORE, WLF respectfully requests that the Court grant its motion for leave to file an amended complaint.

                Respectfully submitted,

                 /s/ Richard A. Samp
                Daniel J. Popeo
                Richard A. Samp (D.C. Bar No. 367194)
                 (Counsel of Record)
                Washington Legal Foundation
                2009 Massachusetts Ave., N.W.
                Washington, DC 20036
                Tel.: (202) 588-0302
                Fax: (202) 588-0386
                Email: rsamp@wlf.org

Dated:  April 8, 2007          Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2007, a copy of the foregoing motion for leave to file amended complaint, along with the accompanying memorandum of points and authorities, was served on the following counsel of record via the court's electronic filing system:

Brian G. Kennedy, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Room 7204
Washington, DC 20530

    /s/ Richard A. Samp
    Richard A. Samp