UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WASHINGTON LEGAL FOUNDATION,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MICHAEL O. LEAVITT,** in his official )<br>capacity as Secretary, U.S. Department )<br>of Health and Human Services, )<br>)<br>and )<br>)<br>**LESLIE V. NORWALK**, in her official )<br>capacity as Acting Administrator, Centers )<br>for Medicare and Medicaid Services, )<br>)<br>Defendants. )<br>_____) | CA No. 1:06cv01490 (RMC)<br>Judge Collyer |

**PLAINTIFF'S REPLY BRIEF IN SUPPORT OF
MOTION TO AMEND COMPLAINT**

Pursuant to Fed.R.Civ.P. 15(a), Plaintiff Washington Legal Foundation (WLF) has moved for leave to file an amended complaint, for the purpose of substituting three individuals as plaintiffs, in place of WLF.  In response, Defendants state that they do not oppose the motion, subject to two provisos:  (1) the proposed dismissal of the Washington Legal Foundation as a plaintiff in the case be with prejudice; and (2) the time for discovery should be extended for one month, from May 15, 2007, to and including June 15, 2007.

WLF has no objection to either proviso.  Given WLF's acquiescence to those provisos, any objections that Defendants otherwise might have had to the motion for leave to file an amended complaint have been obviated.

WHEREFORE, WLF respectfully requests that the Court grant its motion for leave to file an amended complaint.

Respectfully submitted,

 /s/ Richard A. Samp
Daniel J. Popeo
Richard A. Samp (D.C. Bar No. 367194)
  (Counsel of Record)
Washington Legal Foundation
2009 Massachusetts Ave., N.W.
Washington, DC 20036
Tel.: (202) 588-0302
Fax: (202) 588-0386
Email: rsamp@wlf.org

Dated: April 24, 2007                           Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April, 2007, a copy of the foregoing reply brief in support of the motion for leave to file amended complaint was served on the following counsel of record via the court's electronic filing system:

Brian G. Kennedy, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Room 7204
Washington, DC 20530

                                                    /s/ Richard A. Samp
                                                Richard A. Samp