UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA FOX,** *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 1:06CV01490 (RMC) |
| ) | Judge Collyer |
| **MICHAEL O. LEAVITT**, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**PLAINTIFFS' MOTION TO
  EXTEND DISCOVERY DEADLINE  **

Plaintiffs hereby move to extend the discovery deadline in this matter by 46 days, to July 31, 2007. The current discovery deadline is June 15, 2007. Defendants have consented to this motion. In support of the motion, Plaintiffs state as follows:

1. A short extension in the discovery deadline is necessary to permit Plaintiffs to complete on-going discovery.

2. Plaintiffs have served on Defendants a set of interrogatories, a set of requests for admission, and a set of document requests. Responses to those discovery requests were initially due in late April.

3. Defendants were unable to complete their responses to those discovery requests by the initial deadline. Accordingly, Plaintiffs have granted Defendants' requests for extensions to the time for responding. Pursuant to the most recent extension, Defendants' responses to the interrogatories and requests for admission are due tomorrow, June 8, 2007; and the responses to the document requests are due at the end of June. In return for Plaintiffs' agreement to the most recent extension, Defendants agreed to support this motion.

4. Once they have reviewed Defendants' responses to the outstanding discovery

requests, Plaintiffs anticipate that they will want to conduct approximately two depositions of officials employed by the Centers for Medicare and Medicaid Services who are familiar with the facts underlying this case. Accordingly, Plaintiffs anticipate that all discovery can be completed by the end of July 2007.

     5. A post-discovery status conference is now scheduled for June 22, 2007. If this motion is granted, the Court may wish to consider rescheduling that status conference.

     WHEREFORE, Plaintiffs Rebecca Fox, *et al.*, respectfully request that the Court grant their motion to extend the discovery deadline. A proposed order is attached.

                                       Respectfully submitted,

                                       /s/ Richard A. Samp
                                       Daniel J. Popeo
                                       Richard A. Samp (D.C. Bar No. 367194)
                                         (Counsel of Record)
                                       Washington Legal Foundation
                                       2009 Massachusetts Ave., N.W.
                                       Washington, DC 20036
                                       Tel.: (202) 588-0302
                                       Fax: (202) 588-0386
                                       Email: rsamp@wlf.org

Dated: June 7, 2007                        Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 7th day of June, 2007, a copy of the foregoing motion to extend the discovery deadline was served on the following counsel of record via the court's electronic filing system:

Brian G. Kennedy, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Room 7204
Washington, DC 20530

                /s/ Richard A. Samp
               Richard A. Samp