UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA FOX,** *et al.,*  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>**MICHAEL O. LEAVITT,** in his official  )<br>capacity as Secretary, U.S. Department  )<br>of Health and Human Services, *et al.,*  )<br>Defendants.  )<br>_____) | CA No. 1:06cv01490 (RMC)<br>Judge Collyer |

### ORDER

Plaintiffs Rebecca Fox, *et al.,* having filed an unopposed motion to extend the discovery deadline; and the Court having considered the premises; now, therefore, it is hereby

ORDERED that the motion be and hereby is GRANTED; the discovery deadline is hereby extended to July 31, 2007.

_____
Honorable Rosemary M. Collyer
United States District Judge

Dated:   June ___, 2007

Copies to:

Daniel J. Popeo, Esq.
Richard A. Samp, Esq.
Washington Legal Foundation
2009 Massachusetts Ave., N.W.
Washington, DC 20036
Tel: (202) 588-0302
Fax: (202) 588-0386
Email: rsamp@wlf.org

Brian G. Kennedy, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Room 7204
Washington, DC 20530
Tel: (202) 514-3357
Fax: (202) 616-8470
Email: brian.kennedy@usdoj.gov.