UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA FOX,** *et al.,*      )<br>                                                       )<br>     Plaintiffs,                          )<br>                                                       )<br>          v.                                         )<br>                                                       )<br>**MICHAEL O. LEAVITT**, *et al.,*   )<br>                                                       )<br>     Defendants.                       )<br>_____) | C.A. No. 1:06CV01490 (RMC)<br>Judge Collyer |

**PLAINTIFFS' MOTION TO FOR AN EXTENSION OF TIME
  TO FILE SUMMARY JUDGMENT BRIEFS**

Plaintiffs hereby move to extend the filing schedule for the filing of cross motions for summary judgment. The current due date for Plaintiffs' motion for summary judgment is October 1, 2007. Plaintiffs request a two-week extension of time, until October 15, 2007. Counsel for Defendants has consented to that extension, with the stipulation that later filing dates be pushed back three weeks, in order to accommodate conflicting demands on counsel's schedule. In support of this motion, counsel for Plaintiffs' state as follows:

1. Under the schedule established by the Court in its August 3, 2007 order, Plaintiffs' motion for summary judgment is due on Monday, October 1, 2007. Plaintiffs have been working diligently on preparing their brief. A number of declarations will be attached to the brief, and Plaintiffs are concerned that it may not be possible to have all the declarations drafted and signed in time to be filed by the current deadline.

2. Plaintiffs believe that a two-week extension, until October 15, 2007, will be adequate to ensure that all portions of the brief can be completed on a timely basis.

3. This is the first such extension sought by Plaintiffs. In connection with this motion, Plaintiffs contacted counsel for Defendants to seek his consent. Counsel consented, with one

caveat. A two-week extension of the filing schedule would require Defendants' motion for summary judgment to be filed by November 2; counsel for Defendants has pre-existing commitments for the week preceding November 2 that would make it very difficult for him to complete a brief during that week. Accordingly, he requested that if this motion is granted, the remainder of the briefing schedule be moved back three weeks instead of two.

     5. Plaintiffs have no objection to that request. Accordingly, Plaintiffs request that the briefing schedule be amended as follows: Plaintiffs' dispositive motion due by October 15, 2007; Defendants' dispositive motion and response to Plaintiffs' dispostive motion due by November 9, 2007; Plaintiffs' reply brief and response to Defendants' dispositive motion due by November 30, 2007; Defendants' reply brief due by December 7, 2007.

     WHEREFORE, Plaintiffs request that the Court grant their motion for extension of time within which to file summary judgment motions. A proposed order is attached.

                                     Respectfully submitted,

                                        /s/ Richard A. Samp
                                      Daniel J. Popeo
                                      Richard A. Samp (D.C. Bar No. 367194)
                                        (Counsel of Record)
                                      Washington Legal Foundation
                                      2009 Massachusetts Ave., N.W.
                                      Washington, DC 20036
                                      Tel.: (202) 588-0302
                                      Fax: (202) 588-0386
                                      Email: rsamp@wlf.org

Dated: September 24, 2007              Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September, 2007, a copy of the foregoing motion to extend time for filing summary judgment motions was served on the following counsel of record via the court's electronic filing system:

Brian G. Kennedy, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Room 7204
Washington, DC 20530

   /s/ Richard A. Samp
Richard A. Samp