# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA FOX,** *et al.,* ) | |
| Plaintiffs, ) | |
| v. ) | CA No. 1:06cv01490 (RMC) |
| ) | Judge Collyer |
| **MICHAEL O. LEAVITT,** in his official ) | |
| capacity as Secretary, U.S. Department ) | |
| of Health and Human Services, *et al.,* ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

Plaintiffs Rebecca Fox, *et al.,* having filed an unopposed motion to extend the time for filing dispositive motions; and the Court having considered the premises; now, therefore, it is

ORDERED that the motion be and hereby is GRANTED; the revised schedule for filing dispositive motions is as follows:

| | |
|---|---|
| 10/15/07 | Plaintiffs' dispositive motion |
| 11/09/07 | Defendants' dispositive motion & response to Plaintiffs' motion |
| 11/30/07 | Plaintiffs' reply brief & response to Defendants' motion |
| 12/07/07 | Defendants' reply brief |

_____
Honorable Rosemary M. Collyer
United States District Judge

Dated:   September \_\_\_, 2007

Copies to:

Daniel J. Popeo, Esq.
Richard A. Samp, Esq.
Washington Legal Foundation
2009 Massachusetts Ave., N.W.
Washington, DC 20036
Tel: (202) 588-0302
Fax: (202) 588-0386
Email: rsamp@wlf.org

Brian G. Kennedy, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Room 7204
Washington, DC 20530
Tel: (202) 514-3357
Fax: (202) 616-8470
Email: brian.kennedy@usdoj.gov.