178 Lowell Street
Lexington, MA 02420

# Lexington Health Care Center

781.862.7400
Fax 781.862.5021

Commonwealth of Massachusetts; County of Middlesex

## Affidavit

I, Michael Flaherty, being first duly sworn, do hereby depose and state based upon my own personal knowledge as follows:

1.  I reside at 9 MacDonald Drive, Boxford, MA and I was born on January 14, 1962.

2.  I am the Administrator of Lexington Health Care Center, located at 178 Lowell Street, Lexington, MA 02420.

3.  Lexington Health Care Center is certified for participation in the Federal Medicare program as a skilled nursing facility, and is also certified for participation in the Massachusetts Medicaid program as a nursing facility.

4.  From August 3, 2007 to August 21, 2007, Edward Samp was a resident at Lexington Health Care Center. His stay during that period was covered under Medicare Part A.

I solemnly affirm under the penalties of perjury that the contents of the foregoing Affidavit are true and correct based upon my personal knowledge.

_____
(Signature)

Sworn to before me and subscribed in my presence this 12 day of October, 2007.

NOTARY PUBLIC

LAURA A. CECERE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 13, 2008

My Commission expires on: 6/13/08

Laura Cecere