## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WASHINGTON LEGAL FOUNDATION,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MICHAEL O. LEAVITT,** in his official )<br>capacity as Secretary, U.S. Department )<br>of Health and Human Services, )<br>)<br>and )<br>)<br>**LESLIE V. NORWALK**, in her official )<br>capacity as Acting Administrator, Centers )<br>for Medicare and Medicaid Services, )<br>)<br>Defendants. )<br>_____) | CA No. 1:06cv01490 (RMC)<br>Judge Collyer |

## **ORDER**

Plaintiff Washington Legal Foundation (WLF) having filed a motion for summary judgment; and the Court having considered the premises; now, therefore, it is hereby

ORDERED that the motion be and hereby is GRANTED; the Court hereby declares that Defendants U.S. Department of Health and Human Services (HHS) and the Centers for Medicare and Medicaid Services (CMS) are violating the First Amendment rights of Plaintiffs by preventing their health care providers from supplying them with truthful information regarding their Medicare Part D options; and it is further

ORDERED that the parties will meet in an effort to agree on the scope of an injunction broad enough to ensure that Plaintiffs' First Amendment rights are respected but at the same time does not prevent HHS and CMS from policing the accuracy of information supplied by Part D Plans. The parties are to report back to the Court within two weeks if they cannot agree on

language for an injunction, at which point the Court will hear arguments on the proper scope of injunctive relief.

 

_____
Honorable Rosemary M. Collyer
United States District Judge

Dated: _____, 2007

Copies to:

Daniel J. Popeo, Esq.
Richard A. Samp, Esq.
Washington Legal Foundation
2009 Massachusetts Ave., N.W.
Washington, DC 20036
Tel: (202) 588-0302
Fax: (202) 588-0386
Email: rsamp@wlf.org

Brian G. Kennedy, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Room 7204
Washington, DC 20530
Tel: (202) 514-3357
Fax: (202) 616-8470
Email: brian.kennedy@usdoj.gov.