# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **REBECCA E. FOX, MARY A. SAMP,** and **EDWARD J. SAMP**, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:06CV01490 (RMC) |
| **MICHAEL O. LEAVITT**, in his official capacity as Secretary, U.S. Department of Health and Human Services, | ) ) ) ) | |
| and | ) ) | |
| **LESLIE V. NORWALK**, in her official capacity as Acting Administrator, Centers for Medicare and Medicaid Services, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## PLAINTIFFS' ERRATA SHEET

Earlier today, Plaintiffs filed a motion for summary judgment.  After filing, counsel

realized that he failed to attach two exhibits to the motion.  The two missing exhibits (Exhibits

I and J) are attached hereto.

Respectfully submitted,

  /s/ Richard A. Samp
Daniel J. Popeo
Richard A. Samp (D.C. Bar No. 367194)
  (Counsel of Record)
Washington Legal Foundation
2009 Massachusetts Ave., N.W.
Washington, DC 20036
Tel.: (202) 588-0302
Fax: (202) 588-0386
Email: rsamp@wlf.org

Dated:  October 16, 2007                    Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of October, 2007, a copy of the foregoing motion

for summary judgment, along with the accompanying memorandum of points and authorities,

the statement of material facts as to which there is no genuine issue, and all exhibits, was

served on the following counsel of record via the court's electronic filing system:

Brian G. Kennedy, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Room 7204
Washington, DC 20530


    /s/ Richard A. Samp
Richard A. Samp