UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA E. FOX, MARY A. SAMP,** and **EDWARD J. SAMP**, <br><br> Plaintiffs, <br><br> v. <br><br> **MICHAEL O. LEAVITT**, in his official capacity as Secretary, U.S. Department of Health and Human Services, <br><br> and <br><br> **LESLIE V. NORWALK**, in her official capacity as Acting Administrator, Centers for Medicare and Medicaid Services, <br><br> Defendants. | Case No. 1:06CV01490 (RMC) |

**DECLARATION OF MARY A. SAMP**

I, Mary A. Samp, do hereby declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1. My name is Mary A. Samp. I am a resident of the Commonwealth of Massachusetts, and I am of sufficient competence to make this declaration. I make this declaration upon my personal knowledge and in support of the Plaintiffs' Motion for Summary Judgment.

2. I am 87 years old. I have been married to my husband, Edward J. Samp Jr. (age 89), since 1946. We have been Medicare beneficiaries since we turned 65. We are residents of Youville House, an assisted living facility for senior citizens located in Cambridge, Massachusetts. I continue to drive. I pride myself in my ability to continue to handle our personal affairs.

3. My husband's health has not been as good as mine in recent years. In the past

decade, a variety of illnesses and injuries have required him on occasion to move into several different nursing facilities and rehabilitation centers. On six occasions between April 1998 and January 2005, he resided for extended periods of time at the Youville Rehabilitation Center (YRC), a rehabilitation center located adjacent to Youville House. After he broke his hip several years ago, he resided on two occasions in the rehabilitation center at Carlton-Willard Village in Bedford, Massachusetts.

    4. My husband broke his ankle on July 29, 2007. After a brief hospitalization, he entered the Lexington Health Center (LHC) in Lexington, Massachusetts on August 3, 2007 to begin his recovery. My understanding is that LHC is certified for participation in the federal Medicare program as a skilled nursing facility, and is also certified for participation in the Massachusetts Medicaid program as a nursing facility. He remained at LHC until approximately Friday, August 24, 2007, when he was transferred to YRC so that he could be closer to me. He continues to undergo rehabilitation services. His remaining time at YRC is quite limited. When that time expires, he will move back into Youville House with me if his health permits it. Otherwise, he will move into a nursing facility in which he can receive more intensive assistance.

    5. Before the establishment of Medicare Part D, we were enrolled in prescription drug plans offered by our former employers. In my case, the former employer is Harvard University. In Edward's case, the former employer is the City of Cambridge, Massachusetts. We were generally pleased with the discounted drug prices we received under those plans.

    6. I have taken charge of arranging medical coverage for both Edward and me. Once Medicare Part D coverage became available in early 2006, I began investigating whether we

should enroll in a Part D plan. I concluded that I should not do so because I concluded that I was better off continuing to obtain prescription drug coverage through Harvard. I reached that conclusion after reading a newsletter from the Harvard University Retirees Association, which recommended strongly that Harvard retirees would be better off not switching to a Part D plan. Also, at this time I take very few prescription drugs, so I concluded that the amount of money at issue was not sufficiently large for me to devote much attention to the issue. That may change if I begin taking more prescription drugs in the future.

      7. In contrast to me, Edward takes quite a few expensive prescription drugs on a daily basis, so I devoted a significant amount of time trying to determine which prescription drug plan would be best for him. Nonetheless, I became quite confused regarding how to proceed with Edward's coverage, and I am still confused to this day. Edward received a letter from the City of Cambridge in November 2005 (copy attached), advising him that Cambridge was arranging for Part D coverage for its retirees and that he should not sign up for Part D coverage on his own.

      8. In January 2006, Cambridge wrote again (copy attached), advising Edward that he was to be provided Part D coverage by Blue MedicareRx through Blue Cross Blue Shield of Massachusetts. At the same time, other Part D plans attempted to solicit his business. Edward received voluminous information regarding the scope of benefits, both from Cambridge / Blue MedicareRx and from other Part D plans. We found all of the information very confusing.

      9. Edward is a veteran of World War II. As a result of injuries he suffered at the Battle of Okinawa, he retired from the U.S. Navy as a Lieutenant Commander on 100% disability in 1947, a disability status he has maintained ever since. As a result of his status as a retired

naval officer, he qualifies for benefits under the TRICARE prescription drug benefit. In January 2006, Edward received a letter (attached) from the U.S. Department of Defense, informing him that "[t]here will almost always be no advantage to enrolling in a Medicare prescription drug plan for most TRICARE beneficiaries." The letter also stated that should Edward enroll in a Medicare prescription drug plan, TRICARE would be reduced to a secondary payer.

      10.  Given our confusion regarding how to proceed, I decided to seek advice from the medical professionals with whom we dealt. However, I found it very difficult to obtain such advice. Medical personnel at Youville House and at the rehabilitation center that is attached to Youville House told us that they were not in a position to provide advice. Pharmacists at the local pharmacy at which we have done business for a number of years said that they could not recommend a specific Part D plan or otherwise provide advice that might be construed as "steering" us to a particular plan.

      11.  We finally turned for assistance to a local volunteer agency that provides legal assistance to senior citizen. I explained our dilemma to one of the attorneys at that agency. She agreed to look at our materials and to give us her opinion, but with the understanding that she had no particular expertise on medical benefit issues. She ultimately concluded that Edward would be best off financially if he enrolled in Blue MedicareRx.

      12.  Based on that attorney's advice, we decided in early 2006 to enroll Edward in the Part D plan offered by Blue MedicareRx, and he continues to be enrolled in that plan.

      13.  Edward purchases a large number of prescription medications on a regular basis. Because of that large volume, we paid a substantial amount of money out of our own funds in

2006 and 2007 for prescription drugs, in addition to the amounts paid by Blue MedicareRx on our behalf.

14. In light of those costs, we continue to be concerned that Edward may not be enrolled in the Part D plan that best suits his needs. We would like to be able to receive advice from our health care providers – particularly our pharmacist – regarding whether some other specific Part D plan or TRICARE would be a better plan for him to enroll in. We also would like to be able to receive advice from officials associated with the nursing facilities at which Edward has resided in the past and (in light of his current health status) in which he may well be residing in the future.

15. I am also concerned that if my health care needs change and my physician prescribes additional medications, I may be better off enrolling in a Part D plan. I would like to be able to receive advice from our health care providers regarding those contingencies, including advice on a specific Part D plan that might better suit my needs.

Under penalty of perjury, I state on this 5th day of October, 2007, that I have read the foregoing declaration consisting of thirteen (15) numbered paragraphs, and the statements herein are true and correct to the best of my knowledge, information, and belief.

_____
Mary A. Stamp



# CITY OF CAMBRIDGE • EXECUTIVE DEPARTMENT

*Robert W. Healy, City Manager      Richard C. Rossi, Deputy City Manager*

EDWARD J SAMP JR
1573 CAMBRIDGE ST
APT 205
CAMBRIDGE, MA 02138

November 10, 2005

Dear Managed Blue for Seniors Subscriber:

Beginning January 1, 2006 **Medicare eligible retirees** will be eligible for prescription drug coverage paid for by Medicare, through the new **Medicare Part D** program. The City of Cambridge is working with our health carriers to take full advantage of this program. This should result in improved coverage and lower premiums for retirees. We want to make the conversion as simple as possible, with no interruption of coverage.

In 2006, all the City health plans for Medicare eligible retirees, spouses and survivors will be similar to our plan offerings in 2005. As a result of the new Medicare Part D prescription drug benefit, there may be slight differences in benefits. Some health plans will have new names.

Your current plan, Managed Blue for Seniors from Blue Cross/Blue Shield of MA, will change its name to **Managed Blue for Seniors** for medical benefits, and **Blue Medicare Rx** for prescription drug benefits. **THIS CHANGE IN YOUR HEALTH INSURANCE PLAN WILL TAKE PLACE AUTOMATICALLY AND YOU WILL NEED TO DO NOTHING AT THIS TIME TO CONTINUE YOUR HEALTH INSURANCE COVERAGE.**



795 Massachusetts Avenue, Cambridge, Massachusetts 02139

Some of the new plan highlights are:
- Monthly premium of $26.19/month (formerly $30.23)
- **No change** in medical benefits (for doctors, hospitals, clinics, etc.)
- Prescription Drug Coverage through **Blue Medicare RX** (Anthem Wellpoint)- separate card for prescription drugs
- Prescription Drug co-payments will now be flat fees for 30 day supplies: $10 generic/$25 preferred brand/$45 non preferred brand. You will no longer be responsible for paying for drugs on a percentage of cost.
- Mail order will now be flat fees of $20 generic/$50 preferred brand/$90 non preferred brand for 90-day supply through **Blue Medicare RX**. New mail order forms will be available in December 2005. NOTE: As of January 1, Express Scripts will no longer cover your mail order drugs. Prescriptions can not transfer from one vendor to another, so for any mail order after January 1, 2006, you will need a new prescription from your doctor.

**Blue Cross/Blue Shield will automatically enroll you in Medicare Part D coverage, so you should NOT sign up for any Medicare Part D additional coverage on your own, as it could put your enrollment with the City of Cambridge plan in jeopardy.** Because you will be enrolled in a Medicare Part D plan that is at least as good as the Standard Medicare Part D benefit, you have "creditable coverage". Retain a copy of this letter in your records to demonstrate that you will be enrolled in a qualified Medicare Part D plan, as of January 1, 2006.

**You will receive two new Blue Cross health cards both to be used beginning January 1, 2006.**
1. **a new, separate medical benefits card (Managed Blue for Seniors)**
2. **a new prescription drug benefits card (Blue Medicare RX).**

We intend to have our usual open enrollment for retirees in February/March of 2006, at which time you may make changes to your health insurance plans for April 1, 2006.

We know many of the changes are confusing, and coming up very quickly. The City's Employee Benefits staff is available to answer your questions and concerns. The members of the Employee Benefits Staff who can help you are:

- Sheila Keady Rawson 617-349-4341
- Tareque Ahmed 617-349-4337
- Maggie Perez 617-349-4338

Their regular office hours are Mondays 8:30am-8:00pm, Tuesday, Wednesday, Thursday 8:30am-5:00pm, and Friday 8:30am-12:00noon. Additionally, we will have <u>telephone only</u> hours until 7pm on Thursdays, and 2pm on Fridays from Nov 28 though Dec 22, 2005. If you would like to come in to meet with a member of the Employee Benefits staff, we request that you set up an appointment by calling one of the phone numbers listed above.

We anticipate a high volume of calls, and thank you in advance for your patience.

Sincerely

Robert W. Healy
City Manager

PS.   Remember- if you are a current user of the Blue Cross mail order service through Express Scripts, you will need a new prescription from your doctor for mail order services after January 1, 2006 through Blue Medicare RX. New mail order forms will be available in December 2005.



CITY OF CAMBRIDGE • EXECUTIVE DEPARTMENT

*Robert W. Healy, City Manager*     *Richard C. Rossi, Deputy City Manager*

January 18, 2006

Dear Blue Medicare Rx Subscriber:

As of January 1, 2006 the City of Cambridge is providing prescription drug coverage under Medicare Part D with Blue MedicareRx through Blue Cross Blue Shield of Massachusetts. Several forms are now available for use, including the prescription drug mail order forms. Blue Medicare Rx will offer mail order service through Precision Rx.

The following forms/information sheets have been made available to the City of Cambridge, and are included in this mailing:
- Information sheet on City of Cambridge coverage through Blue Medicare Rx
- Information sheet on mail order coverage through Precision Rx
- Precision Rx enrollment/mail order forms. These are also available online at https://www.precisionrx.com/wpx/printforms.screen
- The most recent copy of the City's group Blue Medicare RX drug formulary. Beginning on page 5, this document also gives instructions for requesting an exception, if you do not find your medication on the list. This is a more comprehensive formulary than previous versions you may have received, and contains more information and available medicines than the formulary found on the Blue Medicare RX website.

More information will be sent from Blue Cross and Blue Shield in the next few weeks. In the meantime, please feel free to contact the City's Employee Benefits section (617-349-4337) or the Cambridge School Department Benefits section (617-349-6440) with any questions you may have on this new coverage.

Thank you for your continued patience as we work together to implement the new prescription drug plan.

Sincerely,

Robert W. Healy
City Manager

795 Massachusetts Avenue, Cambridge, Massachusetts  02139



# THE ASSISTANT SECRETARY OF DEFENSE
## 1200 DEFENSE PENTAGON
## WASHINGTON, DC 20301-1200

**HEALTH AFFAIRS**

SUBJECT: TRICARE Prescription Drug Benefit is Creditable Coverage

Dear TRICARE/Medicare Beneficiary:

This notice has information about your current TRICARE prescription drug coverage and the Medicare prescription drug coverage that is available to people who have Medicare Part A and/or Part B.

There will almost always be no advantage to enrolling in a Medicare prescription drug plan for most TRICARE beneficiaries. The exception is for individuals who have limited income and resources. On average, the TRICARE prescription drug coverage is at least as good as the standard Medicare prescription drug coverage, which means it is creditable coverage. Because the TRICARE prescription drug benefit is creditable coverage, you will not be required to pay extra if you decide to enroll in a Medicare prescription drug plan after the initial enrollment period.

All Medicare prescription drug plans will provide at least a standard level of coverage. Monthly premiums vary by plan. There are two types of Medicare prescription drug plans:

- Prescription drug plans that add coverage to the Original Medicare plan.
- Prescription drug plans that are part of a managed care plan. Under this option you would also get all of your health care through the managed care plan.

Before deciding whether or not to enroll in a Medicare prescription drug plan, you should compare monthly premiums, deductibles, co-pays and drug coverage of various prescription drug plans in your area with your TRICARE prescription drug benefits. For more information about your TRICARE prescription drug benefit, access the TRICARE Pharmacy website at *www.tricare.osd.mil/pharmacy*. If you do decide to enroll in a Medicare prescription drug plan, TRICARE will pay secondary to Medicare.

If you did not enroll in a Medicare prescription drug plan but have been informed that you were automatically enrolled, you may remain enrolled. If you wish to terminate your enrollment, call 1-800-MEDICARE (1-800-633-4227). Clearly state that you want to be disenrolled and that you do not wish to be automatically enrolled in the future.

Beneficiaries who became eligible for Medicare in February 2006 or later may enroll in the Medicare Prescription Drug Program during their Initial Enrollment Period. The Initial Enrollment Period begins three months before a beneficiary becomes eligible for Medicare and ends three months after. The initial enrollment period is the time that beneficiaries may enroll in Medicare Part A (hospital insurance), Medicare Part B (medical insurance), and Medicare Part D (prescription drug coverage).

- For example, a beneficiary who turns 65 on June 5, 2006 becomes eligible for

There will almost always be no advantage to enrolling in a Medicare prescription drug plan for most TRICARE beneficiaries. The exception is for individuals who have limited income and resources. On average, the TRICARE prescription drug coverage is at least as good as the standard Medicare prescription drug coverage, which means it is creditable coverage. Because the TRICARE prescription drug benefit is creditable coverage, you will not be required to pay extra if you decide to enroll in a Medicare prescription drug plan after the initial enrollment period.

All Medicare prescription drug plans will provide at least a standard level of coverage. Monthly premiums vary by plan. There are two types of Medicare prescription drug plans:

- Prescription drug plans that add coverage to the Original Medicare plan.
- Prescription drug plans that are part of a managed care plan. Under this option you would also get all of your health care through the managed care plan.

Before deciding whether or not to enroll in a Medicare prescription drug plan, you should compare monthly premiums, deductibles, co-pays and drug coverage of various prescription drug plans in your area with your TRICARE prescription drug benefits. For more information about your TRICARE prescription drug benefit, access the TRICARE Pharmacy website at *www.tricare.osd.mil/pharmacy*. If you do decide to enroll in a Medicare prescription drug plan, TRICARE will pay secondary to Medicare.

If you did not enroll in a Medicare prescription drug plan but have been informed that you were automatically enrolled, you may remain enrolled. If you wish to terminate your enrollment, call 1-800-MEDICARE (1-800-633-4227). Clearly state that you want to be disenrolled and that you do not wish to be automatically enrolled in the future.

Beneficiaries who became eligible for Medicare in February 2006 or later may enroll in the Medicare Prescription Drug Program during their Initial Enrollment Period. The Initial Enrollment Period begins three months before a beneficiary becomes eligible for Medicare and ends three months after. The initial enrollment period is the time that beneficiaries may enroll in Medicare Part A (hospital insurance), Medicare Part B (medical insurance), and Medicare Part D (prescription drug coverage).

- For example, a beneficiary who turns 65 on June 5, 2006 becomes eligible for Medicare June 1, 2006. The beneficiary's initial enrollment period began March 1, 2006 and ended September 30, 2006.

In addition, Medicare beneficiaries can enroll in a Medicare prescription drug plan during the open enrollment period (November 15th – December 31st) each year, with prescription drug coverage beginning January 1st of the following year.

TRICARE/Medicare beneficiaries may lose their TRICARE eligibility due to circumstances such as remarriage, certain divorces, or when children attain age 21, or age 23 if they are a full time student. If you lose your TRICARE eligibility and enroll in a Medicare prescription drug plan within 62 days of losing TRICARE coverage, you will not pay more for Medicare prescription drug coverage than you would have had you enrolled in Medicare Part D when first eligible.

If you go 63 days or longer without prescription drug coverage that is at least as good as Medicare's prescription drug coverage, your monthly premium will go up at least one percent per month for every month that you did not have that coverage. You will have to pay this higher premium as long as you have Medicare prescription drug coverage. In addition, you may have to wait until the following November to enroll.

More detailed information about Medicare prescription drug plans is available in the "Medicare and You" handbook. You may also get more information about Medicare prescription drug plans from the following places.

- Visit *www.medicare.gov* for personalized help
- Call your State Health Insurance Assistance Program (see your copy of the "Medicare and You" handbook for their telephone numbers)
- Call 1-800-MEDICARE (1-800-633-4227). TTY 1-877-486-2048

**Please keep this notice. If you enroll in one of the Medicare prescription drug plans, you may need to provide a copy of this notice to show that you are not required to pay a higher premium.**

Sincerely,

*William Winkenwerder, Jr.*

William Winkenwerder, Jr., MD

---

**DMDC Support Office**
400 Gigling Road
Seaside CA 93955-6771
**Attn: MDRD**

PRSRT STD
U S POSTAGE
**PAID**
PERMIT 85
SALINAS CA

**Important Notice from the Department of Defense about your TRICARE Prescription Drug Coverage and Medicare Prescription Drug Coverage**

EDWARD J SAMP JR
ATTN: ALL MEDICARE RECIPIENTS
1573 CAMBRIDGE ST APT 205
CAMBRIDGE  MA  02138-4378