

CBC

606361

August 1, 2006

Mark B. McClellan, MD, PhD
Administrator
Center for Medicare & Medicaid Services
Room 309-G, Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, D.C. 20201

2006 DEC -6 PM 4:12

Dear Dr. McClellan:

On behalf of the American Association of Homes and Services for the Aging (AAHSA), I would like to express our support for the 2007 Part D Marketing Guidelines as revised on May 22, 2006. We find these guidelines to be very helpful in providing our member facilities with useful instructions on how staff can assist their residents in choosing a Part D plan, while steering clear of inappropriately dictating beneficiaries' choices.

We believe that the guidelines outline appropriate procedures enabling and encouraging providers to assist beneficiaries with objective information regarding all available plan options that best meet each beneficiary's needs. The clear instructions (page 123-124 of the guidelines) on what providers can and cannot do when assisting and educating a resident on available Part D plans are especially helpful. We believe these instructions outline the right role for nursing home staff—making clear that inappropriate "steering" is not permitted for any reason, yet allowing and positively encouraging staff to help assure that beneficiaries and their families have the objective information and resources needed to choose a plan. These guidelines protect beneficiaries and also protect nursing home staff by clearly setting forth appropriate boundaries of responsibility. With the revised marketing guidelines in place, AAHSA will continue to encourage our member facilities to follow the guidelines' conditions while providing quality assistance to their residents.

We appreciate the opportunity to work with CMS on this and other important issues related to Medicare Part D.

Sincerely

William L. Minnix, Jr.
President and CEO

cc: Dr. Jeffrey Kellman

American Association of Homes and Services for the Aging
www.aahsa.org | 202.783.2242