## DECLARATION OF THOMAS HAMILTON

Thomas Hamilton, pursuant to 28 U.S.C. § 1746, declares the following under penalty of perjury:

1. I am Director of the Survey and Certification Group in the Center for Medicaid and State Operations within the Centers for Medicare and Medicaid Services ("CMS"). CMS is the federal agency within the United States Department of Health and Human Services responsible for administering the Medicare and Medicaid programs.

2. I am familiar with the subject matter of the lawsuit captioned Fox v. Leavitt, No. 06-1490 (D.D.C.), which involves the CMS's policies that prohibit provider steering of beneficiaries to a Part D drug plan (either a stand alone drug plan or a Medicare Advantage plan that also offers a Part D benefit). The statements made in this Declaration are based on my personal knowledge, information contained in agency files, and information supplied to me by my staff.

3. My staff and I drafted memorandum S&C 06-16 that is at issue in the Fox v. Leavitt litigation. Neither Youville House, in which Edward and Mary Samp reside, nor the attached Youville Rehabilitation Center is certified by CMS as a nursing home. Therefore, neither facility is subject to the provisions of memorandum S&C 06-16.

Dated:     November 8, 2007
           Baltimore, Maryland

_____
THOMAS HAMILTON

1