```
1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2
                           - - -
3
   WASHINGTON LEGAL FOUNDATION,          )
4                                        )
           Plaintiff,                    )
5                                        )
           vs.                           ) Case No.
6                                        ) 1:06CV01490(RMC)
   MICHAEL O. LEAVITT, in his official   )
7  capacity as Secretary, U.S.           )
   Department of Health and Human        )
8  Services,                             )
                                         )
9          and                           )
                                         )
10 MARK B. McCLELLAN, M.D., in his       )
   official capacity as Administrator,   )
11 Centers for Medicaid and Medicare     )
   Services,                             )
12                                       )
           Defendants.                   )
13
                           - - -
14
              Deposition of REBECCA E. FOX
15
                 Tuesday, May 29, 2007
16
                           - - -
17      The deposition of REBECCA E. FOX, called as a
   witness by the defendants, pursuant to notice and the
18 Federal Rules of Civil Procedure pertaining to the
   taking of depositions, taken before me, the
19 undersigned, Karen Burkett, a Notary Public in and for
   the Commonwealth of Pennsylvania, at the offices of
20 the United States Attorney, United States Courthouse,
   700 Grant Street, Pittsburgh, Pennsylvania  15219,
21 commencing at 12:00 o'clock p.m., the day and date
   above set forth.
22
                           - - -
23         COMPUTER-AIDED TRANSCRIPTION BY
             MORSE, GANTVERG & HODGE, INC.
24            PITTSBURGH, PENNSYLVANIA
                   412-281-0189
25                         - - -
```

ORIGINAL

EXHIBITS

1    Q    Okay.

2    A    And then married and consequently had a
3 son. And that is it.

4    Q    Do you have any health insurance as a
5 result of, you know, retirement health insurance,
6 either from your own work or your husband's work?

7    A    When I was first married, we went under
8 Highmark. It was BlueCross/BlueShield, and I have
9 been with them ever since.

10    Q    Is that as a result of your employment or
11 you signed up separately through BlueCross/BlueShield?

12    A    We signed up separately.

13    Q    There is no employer who is paying part of
14 the benefits for you?

15    A    No.

16    Q    What benefits does BlueCross/BlueShield pay
17 for?

18    A    Hospital. There is no medical. At the
19 time that I signed up I took no medicine.

20    Q    Okay. So that is hospital coverage only?

21    A    Yes.

22    Q    And who is your pharmacist?

23    A    Ron Decy.

24    Q    Decy?

25    A    Decy, D-e-c-y.

EXHIBITS

```
1     Q      Okay.  And what is the name of his store?
2     A      Medicine Shoppe.
3     Q      And do you know where that is located,
4  ma'am?
5     A      It is Pine Hollow Road, but I don't think I
6  have my card with me.
7     Q      Pine Hollow Road?
8     A      Yes.
9     Q      Is that in Coraopolis?
10    A      No.  It is actually McKees Rocks, but I
11 live in Coraopolis.
12           No.  I'm sorry.  I don't have his card with
13 me.
14    Q      And how long have you been a customer of
15 Mr. Decy?
16    A      Since he has been in business.
17    Q      Which is how long ago?
18    A      Let's see --
19    Q      Earlier than 2005?
20    A      Yes.
21    Q      That is all I really need to know, to tell
22 you the truth.
23           Why did you choose him as your pharmacist?
24    A      Because it is a small store that doesn't
25 sell clothes and soap and milk.
```

EXHIBITS

1  my card inside of it.

2    Q    With your PACE card?

3    A    Right.

4    Q    Do you know if that letter told you about

5  Part D options?

6    A    No.

7    Q    Then moving back in time -- or forward in

8  time, to a period between your getting this last

9  letter, page 9, which talked about PACE being

10  creditable coverage, this is sometime before the

11  middle of May 2006, and then your declaration says

12  that your druggist raised a question about your

13  coverage in September of 2006, this is paragraph 15 of

14  your declaration, during that period from sometime

15  before May to September, do you recall whether during

16  that period you thought about whether you needed to

17  enroll in a Part D plan?

18    A    No. Because you were hearing about the

19  things, but you didn't understand it. You figured

20  something will tell you.

21    Q    Okay. Did you do anything to investigate

22  whether you should enroll in a Part D plan?

23    A    No, except talk to friends. They told you

24  what they were doing.

25    Q    Did you talk to anyone else?

1    A    Just between us.
2    Q    Okay. At that point had you talked to any
3    of the Part D plans?
4    A    No.
5    Q    Did you talk to anybody at Medicare?
6    A    No, I didn't.
7    Q    Have you ever talked to anybody at
8    Medicare, you know, 1-800-Medicare?
9    A    I am trying to think. One time I think I
10   had BNC or something, and my bill had added that I had
11   something done to my foot. And I called them and told
12   them, "You have the wrong gal." Because there was one
13   thing done, but they didn't take care of a foot.
14   Q    Okay. I think Medicare probably
15   appreciated that. But you have never talked to
16   Medicare about prescription drug plans?
17   A    No.
18   Q    Have you used the Internet to try to find
19   any information on this?
20   A    I did for a while, and then I messed so
21   many programs up, I would shut the thing down, and
22   then be scolded for not shutting it down right.
23   Q    Is that scolded by the library, or by your
24   son?
25   A    No. By the thing that comes on your

computer.

    Q    By your computer?

    A    Yes, that I messed it up again.

    Q    Error 2762, and of course you know what that is.

    After Lilly told you that you were being taken off of Lilly Answers, did you let your druggist know the Lilly Answers program had ended?

    A    Yes.

    Q    When did you let him know that?

    A    I think it ended it 2006, May of 2006.

    Q    Right. So that is when you let him know?

    A    Yes.

    Q    Then or before then?

    A    In all honesty, it was going to stop. So it was only right to tell my pharmacist.

    Q    And did you let him know that you signed up for PACENET?

    A    I probably did.

    Q    Okay. Did he get a copy of your PACENET card or your PACENET number so he can bill anything to PACENET back before you had the AARP?

    A    No.

    Q    Do you know if PACE or PACENET pays anything to your druggist?

EXHIBITS

1    A    No, I don't.

2    Q    He has never asked to see your PACENET card
3 though?

4    A    Well, I probably flashed it when I was
5 writing my check.

6    Q    Okay. Your declaration indicates that in
7 September of 2006, this is paragraph 15, your druggist
8 informed you that you owed him some money because,
9 quote, "He was not aware that the Lilly Answers
10 program had been discontinued." And then the next
11 paragraph says that you called PACENET.

12    Does that refresh your recollection at all
13 about when it was that you sought information on which
14 Part D plan to join?

15    A    Probably. Until we got that straightened
16 around, as I said, that I was being overpaid and
17 underpaid. I was owing him money because I hadn't
18 checked my slips.

19    You know, you don't realize how narrow they
20 are and it is clipped here and clipped here and you
21 are waiting to get out. They would not look at the
22 two slips, and that is where the mess came.

23    Q    Okay. Up until then did you think you were
24 enrolled in a Medicare Part D?

25    A    You mean after Lilly?

```
 1      Q      Yes, after Lilly Answers.
 2      A      That is probably when I needed -- when I
 3  was beginning to pursue it.
 4      Q      Okay.  I was wondering whether there was a
 5  period after the letter from Governor Rendell and then
 6  Mr. Snedden whether -- I am not trying to play hide
 7  the ball here.  I take it that you thought, at least I
 8  take it from your declaration, that the January letter
 9  from Governor Rendell said that PACENET would enroll
10  you in a Part D program, which is maybe the way I
11  would read the letter, too.
12      A      Not enroll me, but that I had to look into
13  it.
14      Q      Okay.  That is the way you understood it,
15  that you had to look into it?
16      A      Yes.
17      Q      So you understood all along -- are you
18  saying you understood all along that you were not
19  enrolled in Part D?
20      A      Yes.
21      Q      And when you did decide to enroll in
22  Part D, or find out about enrolling in Part D, from
23  whom did you seek information?
24      A      Well, I was already getting about
25  19 pamphlets and books to look into their program.
```

1    Q    Okay. And you looked at those books?

2    A    And understood no more than I had known
3 before.

4    Q    And did you seek any information from
5 friends?

6    A    Yes. That is common talk. You have a
7 coffee break and this happened and that happened.

8    Q    And family members?

9    A    No. My family, one lives in McLean,
10 Virginia, and the other one lives near Philadelphia.

11    Q    Did you talk to your pharmacist about it?

12    A    Not at that time. As I said, I asked my
13 son, and he said he didn't know any more than I did.

14    Q    Did you talk to your pharmacist at another
15 time?

16    A    Yes, I probably did.

17    Q    Do you know when that was?

18    A    No.

19    Q    Do you remember what you told him, and then
20 what you asked him?

21    A    I said, "I am going to have to do
22 something. Would I be able to have a few minutes of
23 your time?"

24    Well, he was busy at that time. He
25 probably forgot about it for a while.

1    Q    And did you talk to him later?

2    A    Well, then I said, "Ron, what am I going to
3  do?"

4         And he said, "Mrs. Fox, I don't know what
5  to tell you. I just can't speak specifically to you."

6    Q    Did he say anything else?

7    A    No.

8    Q    Did you say anything else to him?

9    A    No.

10   Q    Was this after September of 2006 when you
11 were told that you owed him money?

12   A    Yes.

13   Q    Other than those two times, have you asked
14 him for anything else, for any other advice on
15 prescription drug program insurance?

16   A    Probably not. I can't remember exactly.

17        MR. KENNEDY: By the way, I apologize, if
18   anybody needs to take a break or something like
19   that, let me know.

20        MR. SAMP: Well, it is about 1:00 right
21   now. I would say if you thought it was going to
22   end shortly, we would say keep going. If it is
23   going to be another 45 minutes, maybe it would be
24   better to take a break.

25        MR. KENNEDY: Why don't we take a short

```
 1      break.
 2              MR. SAMP:  Good idea.
 3              (Recess taken.)
 4  BY MR. KENNEDY:
 5      Q    During the break did you have any thoughts
 6  about answers that you now think might have been
 7  ill-advised now that you have had more time to think
 8  about it?
 9      A    I was kind of thinking, you know how you
10  forget, and I was thinking back to before I joined
11  PACENET.  And then I guess I kind of got used to my
12  friend, Mr. Rendell's, letters coming to advise me
13  what to do, or what not to do.
14      Q    All right.
15      A    And I guess maybe I figured that I would
16  probably get another letter to tell me, "Okay.  Maybe
17  you ought to do this, or you ought to do that," but no
18  rush.
19           You know, when you go into panic, and it is
20  like it has got to happen right away.  And it is like,
21  "Well, probably PACENET will just take care of me for
22  a while until I can decide what I want."
23      Q    And did you ever get that letter that you
24  were expecting from Governor Rendell?
25      A    No.
```

1   Q   Do you have any better recollection now
2   about when you went into panic when you realized they
3   weren't going to send you that letter?
4   A   Well, probably after I had my battle over,
5   "How much money do I owe you?"
6   Q   And in your declaration you said, "He," I
7   guess that is Mr. Decy, "informed me that I owed him
8   $129 because he was not aware the Lilly Answers
9   program had been discontinued."
10      Is that your recollection about why the
11  bills were wrong?
12  A   No.  Well, it is a possibility.
13  Q   Okay.
14  A   But I still think it was this business of
15  the way the -- and he was back busy on the computer,
16  filling pills and so forth and also answering
17  questions of people that came in.  So more or less,
18  instead of like the big drugstores mass confusion, it
19  was minor confusion.
20  Q   In your declaration you said you were
21  outraged?
22  A   Yes, I was.  Because I hate to owe people
23  money.
24  Q   Okay.  But you are not recalling now that
25  the reason you owed money was that the pharmacist was

1 unaware the Lilly Answers program had been
2 discontinued?
3          That is what you said in your declaration
4 is that he was not aware, and now I am understanding
5 you to say that you don't recall that being the
6 reason?
7     A    I guess befuddled is -- at that time, I am
8 trying to go back that far.
9          Because I am always trying to be kind and
10 understand why somebody did something dumb, not me,
11 the other person, because I hate quarreling and
12 bickering.
13    Q    Me too.  Bad career choice obviously.
14    A    Yes.  Because when you have kids and you
15 hear them bickering, you hate it even worse.
16    Q    But is it your recollection today that when
17 there was the confusion in September of last year, you
18 said that he owed you money, I want to make sure if
19 what you said is different from your recollection, it
20 could be your memory today is different.
21          I am not trying to trap you or anything.  I
22 am going to point out to you when you signed your
23 declaration you thought that the reason you owed him
24 money was because he was not aware that the Lilly
25 Answers program had been discontinued.  I am reading

1  that from your declaration.

2        I am understanding you today to say that
3  you are not sure whether that was the answer, or it
4  might not have been the answer.  It might have been
5  the problem that the help had with filling out the
6  slips, or it might have been something else.

7    A    To tell you the truth, I can't really swear
8  by any of those statements.  It is like, you know,
9  dementia, but it stopped in May.

10   Q    Right.

11   A    Yes.  And then I began to have the problems
12 in -- what was the date?  Because I was looking at the
13 slips, and now I can't remember whether it was June.

14       Because this happened over a period of like
15 a couple months.  Because I kept these old slips
16 knowing that I didn't want them to tell me, "I still
17 owe you $89," or something, but I don't know if that
18 would be June or July or September.  I know paying my
19 bills, because this happened over a period of a couple
20 months.

21   Q    The $129 you have, is there a reason why
22 that stuck in your mind?

23   A    Well, that was the total.

24   Q    That was the total.

25   A    Because after I yelled about it, he went

1   A   When your son tells you that you don't
2   always remember everything, he doesn't remember, and I
3   don't remember.
4   Q   Was it shortly before this lawsuit began
5   that you learned about the Washington Legal
6   Foundation, or have you known about it for years?
7   A   I know I had heard about it because I read
8   excessively to further educate me, and my son
9   subscribes to USA Today. And I know I had heard about
10  it, and then somehow he and I, I guess, started to
11  talk about it.
12  Q   Did you talk about it a lot before you
13  joined?
14  A   No.
15  Q   So you talked about it with your son a lot
16  before you joined?
17  A   Yes.
18  Q   How did you decide to become involved in
19  this lawsuit?
20  A   Well, when I would go into panic, and then
21  I hear all the sob stories that I heard at Meals on
22  Wheels and in our -- it is like I hope nobody else has
23  to go through it. Because I would hear some of these
24  horrible stories.
25  Q   Okay. And who did you contact about that?

```
 1      A      About what?
 2      Q      About the horrible stories to get involved
 3   in this lawsuit?
 4      A      I would beat my son's ear, "What should
 5   these people do?"
 6      Q      Okay.
 7      A      He didn't give me any advice anyway.  He
 8   said, "Mom, you can't save the world."
 9              Father Ryan, who is in -- actually McKees
10   Rocks and Stowe Township now are poverty areas.
11      Q      Okay.
12      A      And as we would talk, the people we would
13   serve for Meals on Wheels, and we had quite a number
14   then, 20 percent cannot pay -- at that time they were
15   $15, now I guess they are $20.  They could not pay for
16   that meal, so we had fund-raisers.  So these were
17   people that were hurting.
18      Q      Okay.  And this was part of your decision
19   to became involved in this suit?
20      A      Yes.
21      Q      Do you recall any other conversations you
22   had with your son about becoming involved in the suit?
23      A      No.  I would get a sentence in maybe now
24   and then, or maybe a paragraph.
25      Q      He did most of the talking?
```

```
 1     A     Well, at times, yes.
 2     Q     Did he try to talk you out of becoming
 3  involved in this suit or try to talk you in to
 4  becoming involved?
 5     A     No.
 6     Q     That was a double-headed question.  That
 7  was my fault, not yours.  That means "no" doesn't
 8  really answer it.
 9           He was trying to talk you into becoming
10  part of the suit?
11     A     No.
12     Q     He was trying to talk you out of it?
13     A     No.
14     Q     So he let you make your own decision?
15     A     That is it.
16     Q     Was he the one that new the WFL might be
17  interested in filing a suit?
18     A     Probably.
19     Q     What is his first name?
20     A     Thomas.
21     Q     What is his law firm?
22     A     Reed Smith.
23           MR. KENNEDY:  I don't have anymore
24  questions.
25           MR. SAMP:  All right.  Why don't we take a
```