# Important Notice of Creditable Coverage from Harvard University About Your Prescription Drug Coverage and Medicare

October 24, 2005

**This notice has information about your current prescription drug coverage with Harvard University and new prescription drug coverage available beginning January 1, 2006 for people eligible for Medicare.**

1. Starting January 1, new Medicare prescription drug coverage will be available to everyone with Medicare.
2. Harvard University through independent actuaries, has determined that the prescription drug coverage offered by Harvard's health plans is **creditable**. This means that on average for all plan participants it is expected to pay out at least as much as the standard Medicare prescription drug coverage will pay.

Starting January 1, 2006, prescription drug coverage will be available to everyone with Medicare through Medicare prescription drug plans. All Medicare prescription drug plans will provide at least a standard level of coverage set by Medicare. Some plans might also offer more coverage for a higher premium.

**Because your existing coverage is creditable (that it is on average at least as good as or better than standard Medicare prescription drug coverage), you can keep this coverage and not pay extra if you later decide to enroll in Medicare prescription coverage.**

People who are now eligible for Medicare can first enroll in a Medicare prescription drug plan from November 15, 2005 through May 15, 2006. However, because your Harvard-provided coverage is on average at least as good as standard Medicare prescription drug coverage, you can choose to join a Medicare prescription drug plan later. Each year you will have the opportunity to enroll in such a plan between November 15th and December 31st.

You should know that if you drop or lose your coverage with Harvard University, and don't enroll in Medicare prescription drug coverage within 63 days of your current coverage ending, you will pay more to enroll in Medicare prescription drug coverage. If after May 15, 2006, you go 63 days or longer without creditable prescription drug coverage, your monthly premium will go up 1% per month for every month after May 15, 2006 that you did not have creditable coverage. You'll have to pay this higher premium as long as you have Medicare coverage. For example, if you go 12 months without creditable coverage, your premium will be at least 12% higher than that paid by other people, and will remain higher as long as you carry the plan. In addition, you'll have to wait for the next November to enroll.

**You may receive this notice at other times in the future. You also may request a copy.**

More detailed information about Medicare plans will be available in the "Medicare & You 2006" handbook from the Social Security Administration (SSA). You can also get more information from these places:
- Visit www.medicare.gov for personalized help.
- Call your State Health Insurance Program (see your copy of "Medicare & You 2006" for phone number).
- Call 1-800-MEDICARE (1-800-663-4277). TTY users can call 1-877-486-2048.