IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA FOX, *et al.*, | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) Civil Action No. 1:06-01490-RMC |
| | ) Judge Collyer |
| MICHAEL O. LEAVITT, *et al.*, | ) |
| | ) |
| Defendants | ) |
| _____ | ) |

ORDER

This matter having come before the Court on plaintiffs' motion for summary

judgment and defendants' motion for summary judgment, and the Court being fully

advised in the premises and concluding that plaintiffs' motion should be denied and

that defendants' motion should be granted, IT IS HEREBY ORDERED that

plaintiffs' motion for summary judgment be and hereby is denied, and that

defendants' motion for summary judgment be and hereby is granted.  The Clerk

shall enter a judgment for defendant that plaintiffs take nothing.

_____
UNITED STATES DISTRICT JUDGE

_____
Date