UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA FOX,** *et al.,*           )<br>                                                      )<br>     Plaintiffs,                             )<br>                                                      )<br>           v.                                      )<br>                                                      )<br>**MICHAEL O. LEAVITT**, *et al.,*  )<br>                                                      )<br>     Defendants.                         )<br>_____ ) | C.A. No. 1:06CV01490 (RMC)<br>Judge Collyer |

## ORDER

Plaintiffs having filed an unopposed motion to extend by one week the filing schedule for the filing of briefs with respect to the pending cross motions for summary judgment; and the Court having considered the premises; now, therefore, it is hereby

ORDERED that Plaintiffs' motion be, and the same hereby is, GRANTED, and it is further

ORDERED that Plaintiffs shall filed their brief in opposition to Defendants' summary judgment motion, as well as their reply to Defendants' opposition to Plaintiffs' summary judgment motion, by December 7, 2007; and that Defendants shall file their reply to Plaintiffs' opposition brief by December 14, 2007.

_____
Honorable Rosemary Collyer
U.S. District Judge

November \_\_\_, 2007