UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA FOX,** *et al.,*       )<br>                                                      )<br>      Plaintiffs,                           )<br>                                                      )<br>      v.                                          )<br>                                                      )<br>**MICHAEL O. LEAVITT**, *et al.,*  )<br>                                                      )<br>      Defendants.                         )<br>_____)  | C.A. No. 1:06CV01490 (RMC)<br>Judge Collyer |

**PLAINTIFFS' MOTION TO FOR AN EXTENSION OF TIME
TO FILE SUMMARY JUDGMENT BRIEF**

Plaintiffs hereby move to extend the filing schedule for the filing of briefs with respect to the pending cross motions for summary judgment. The current due date for Plaintiffs' reply brief in support of their motion for summary judgment, as well as their brief in opposition to Defendants' motion for summary, is November 30, 2007. Plaintiffs request a one-week extension of time, until December 7, 2007. Counsel for Defendants has consented to that extension. In support of this motion, counsel for Plaintiffs state as follows:

   1.   Edward J. Samp, Jr., one of the Plaintiffs in this action, died on November 23, 2007. As a result of his death, Plaintiffs will be required to make substantial revisions in their anticipated submissions to the Court.

   2.   The lead counsel for Plaintiffs, Richard Samp, has been in Boston for the past week, assisting with funeral arrangements for his father. As a result, he has been unable to work on the pending summary judgment briefs during that period.

   3.   Richard Samp will resume work on the pending briefs when he returns to his office later this week, but it is unlikely that he will be able to complete them by Friday's deadline.

1

4. Plaintiffs believe that a one-week extension, until December 7, 2007, will be adequate to ensure that all portions of the brief can be completed on a timely basis.

5. In connection with this motion, Plaintiffs contacted counsel for Defendants to seek his consent. Counsel for Defendants granted his consent. Accordingly, Plaintiffs request that the briefing schedule be amended as follows: Plaintiffs' reply brief and response to Defendants' dispositive motion due by December 7, 2007; Defendants' reply brief due by December 14, 2007, or such later date as Defendants may request.

WHEREFORE, Plaintiffs request that the Court grant their motion for extension of time within which to file summary judgment motions. A proposed order is attached.

                                      Respectfully submitted,

                                      /s/ Richard A. Samp  
                                      Daniel J. Popeo  
                                      Richard A. Samp (D.C. Bar No. 367194)  
                                         (Counsel of Record)  
                                      Washington Legal Foundation  
                                      2009 Massachusetts Ave., N.W.  
                                      Washington, DC 20036  
                                      Tel.: (202) 588-0302  
                                      Fax: (202) 588-0386  
                                      Email: rsamp@wlf.org

Dated: November 28, 2007                Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of November, 2007, a copy of the foregoing motion to extend time for filing summary judgment motions was served on the following counsel of record via the court's electronic filing system:

Brian G. Kennedy, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Room 7204
Washington, DC 20530

                                                    /s/ Richard A. Samp
                                                  Richard A. Samp