# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA E. FOX, MARY A. SAMP, and EDWARD J. SAMP,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT, in his official capacity as Secretary, U.S. Department of Health and Human Services,<br><br>    and<br><br>KERRY WEEMS, in his official capacity as Acting Administrator, Centers for Medicare and Medicaid Services,<br><br>    Defendants. | Case No. 1:06CV01490 (RMC) |

## DECLARATION OF ROBERT SKENDERIAN

I, Robert Skenderian, do hereby declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1. My name is Robert Skenderian. I am a resident of the Commonwealth of Massachusetts, and I am of sufficient competence to make this declaration. I make this declaration upon my personal knowledge and in support of the Plaintiffs' Motion for Summary Judgment and of the Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

2. I am a licensed pharmacist. For many years I have operated a pharmacy in Cambridge, Massachusetts under the trade name Skenderian Apothecary. Edward and Mary Samp have been customers of my pharmacy for many years. I regularly filled drug

prescriptions for Edward Samp until his death, and also have done so for Mary Samp when she from time to time has been in need of prescription drugs.

3. As an independent, community-based pharmacist, I pride myself in my willingness to speak with my customers and to provide them with advice regarding their prescription drug needs.

4. I have been willing to discuss with the Samps the various options available to them under Medicare Part D. However, I have told them, in response to their requests, that I am not willing to recommend a specific Part D Plan to them because I am prohibited by from doing so by rules promulgated by CMS.

5. I am not registered to participate in the federal government TRICARE prescription drug program. I told the Samps that if Edward Samp wished to enroll in that program, he would have to do so through a different pharmacy.

Under penalty of perjury, I state on this 26 day of November, 2007, that I have read the foregoing declaration consisting of five (5) numbered paragraphs, and the statements herein are true and correct to the best of my knowledge, information, and belief.

Robert Skenderian

2