UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA FOX**, *et al.*, | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) CA No. 1:06cv01490 (RMC) ) Judge Collyer |
| **MICHAEL O. LEAVITT,** in his official capacity as Secretary, U.S. Department of Health and Human Services, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

### **ORDER**

Defendants having filed a motion for summary judgment; and the Court having considered the premises; now therefore it is hereby

ORDERED that Defendants' motion be, and the same hereby is, DENIED.

_____
Honorable Rosemary M. Collyer
United States District Judge

Dated: _____