UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA FOX,** *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 1:06CV01490 (RMC) |
| ) | Judge Collyer |
| **MICHAEL O. LEAVITT**, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' MOTION TO SUBSTITUTE MARY SAMP,
REPRESENTATIVE OF THE ESTATE OF EDWARD SAMP,
IN PLACE OF PLAINTIFF EDWARD SAMP**

Pursuant to Fed.R.Civ.P. 25(a), Plaintiffs hereby move to substitute Mary Samp, representative of the estate of Edward Samp, in place of Plaintiff Edward Samp. Plaintiff Edward Samp died on November 23, 2007; Mary Samp is his widow and the executor of his estate. In support of this motion, Plaintiffs are filing the attached memorandum of points and authorities.

Respectfully submitted,

　/s/ Richard A. Samp　
Daniel J. Popeo
Richard A. Samp (D.C. Bar No. 367194)
　(Counsel of Record)
Washington Legal Foundation
2009 Massachusetts Ave., N.W.
Washington, DC 20036
Tel.: (202) 588-0302
Fax: (202) 588-0386
Email: rsamp@wlf.org

Dated: January 7, 2008          Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA FOX,** *et al.,*           )<br>                                                      )<br>     Plaintiffs,                              )<br>                                                      )<br>          v.                                        )<br>                                                      )<br>**MICHAEL O. LEAVITT**, *et al.,*     )<br>                                                      )<br>     Defendants.                           )<br>_____ ) | C.A. No. 1:06CV01490 (RMC)<br>Judge Collyer |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFFS' MOTION TO SUBSTITUTE MARY SAMP,
REPRESENTATIVE OF THE ESTATE OF EDWARD SAMP,
IN PLACE OF PLAINTIFF EDWARD SAMP**

Plaintiffs have moved, pursuant to Fed.R.Civ.P. 25(a), to substitute Mary Samp, representative of the estate of Edward Samp, in place of Plaintiff Edward Samp. In support of the motion, Plaintiffs state as follows:

1. As noted in Plaintiffs' brief in opposition to Defendants' motion for summary judgment, Plaintiff Edward Samp died on November 23, 2007.

2. Plaintiff Mary Samp is the widow of Edward Samp and is the executor of his estate. As the representative of his estate, Mary Samp wishes to continue to pursue the First Amendment claims asserted by Edward Samp in this lawsuit.

3. Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Mary Samp, as Edward Samp's widow and the executor of his estate, is the proper representative of Edward Samp.

4. Plaintiffs are filing this motion now because, under Rule 25(a)(1), they must do so within 90 days following the date of service of a statement noting death (December 7, 2007) or

else Edward Samp's claims must be dismissed.

5. Both Plaintiffs and Defendants have filed motions for summary judgment. Edward Samp died following the filing of those motions, but both sides' reply briefs addressed the issue of whether Edward Samp's claims can survive his death. Plaintiffs took the position that his claims did, indeed, survive his death; Defendants disagreed.

6. Because the survival-of-claims issue has been fully briefed in connection with the cross motions for summary judgment, it makes most sense to decide the issue in connection with the Court's ruling on those motions. Accordingly, Plaintiffs request that the Court grant this motion to substitute, with the understanding that it is withholding judgment on the issue of whether Edward Samp's claims survive his death.

7. Alternatively, Plaintiffs request that the Court defer ruling on this motion until after the Court has ruled on the pending cross motions for summary judgment.

8. Plaintiffs note that Edward Samp's death affects at most the continued viability of his claims. Regardless whether his claims survive his death, the separate claims of Plaintiffs Mary Samp and Rebecca Fox continue unabated; those separate claims are unaffected by Edward Samp's death.

8. Counsel for Plaintiffs contacted counsel for Defendants on Friday, January 4, 2008, to request his consent to this motion. Counsel for Defendants responded that he is not prepared at this time to take a position on whether Defendants would consent.

9. The cross motions for summary judgment have now been fully briefed. The motions raise complex legal issues whose resolution might well be facilitated by oral arguments. Accordingly, Plaintiffs request that the Court schedule oral arguments on the

motions.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion to substitute Mary Samp, representative of the estate of Edward Samp, in place of Plaintiff Edward Samp. A proposed order is attached.

                                                      Respectfully submitted,

                                                     /s/ Richard A. Samp  
                                                   Daniel J. Popeo  
                                                   Richard A. Samp (D.C. Bar No. 367194)  
                                                     (Counsel of Record)  
                                                   Washington Legal Foundation  
                                                   2009 Massachusetts Ave., N.W.  
                                                   Washington, DC 20036  
                                                   Tel.: (202) 588-0302  
                                                   Fax: (202) 588-0386  
                                                   Email: rsamp@wlf.org

Dated: January 7, 2008                        Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of January, 2008, a copy of the foregoing motion to substitute, along with a copy of the accompanying memorandum of points and authorities, were served on the following counsel of record via the court's electronic filing system:

Brian G. Kennedy, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Room 7204
Washington, DC 20530

   /s/ Richard A. Samp
Richard A. Samp