IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA FOX, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 1:06-01490-RMC |
| ) | Judge Collyer |
| MICHAEL O. LEAVITT, *et al.*, ) | |
| ) | |
| Defendants ) | |
| _____) | |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO SUBSTITUTE MARY SAMP, REPRESENTATIVE OF THE ESTATE OF EDWARD SAMP, IN PLACE OF PLAINTIFF EDWARD SAMP

Plaintiffs have moved to substitute Mary Samp, as executor of the estate of plaintiff Edward Samp, as plaintiff in place of Edward Samp. The motion states, and the proposed order reflects, that this would be "with the understanding that" in granting the motion the Court would be "withholding judgment on the issue of whether Edward Samp's claims survive his death." Pls' Motion to Substitute ¶ 6.

Subject to that understanding and the (related) understanding that granting the motion to substitute would not decide whether or not there is any case or controversy between defendants and either Edward Samp or Mary Samp in her capacity as representative of the estate of Edward Samp, defendants do not oppose the motion to substitute.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR

United States Attorney

/s/ Brian G. Kennedy
SHEILA M. LIEBER
BRIAN G. KENNEDY (D.C. Bar No. 228726)
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel.:  (202) 514-3357
Fax:  (202) 616-8470
Email:  Brian.Kennedy@usdoj.gov