UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA FOX, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>)<br>MICHAEL O. LEAVITT, in his official )<br>capacity as Secretary, U.S. Department )<br>of Health and Human Services, *et al.*, )<br>)<br>Defendants. )<br>_____) | CA No. 1:06cv01490 (RMC)<br>Judge Collyer |

### ORDER

Plaintiffs having filed a motion to substitute Mary Samp, in her capacity as representative of the estate of Edward Samp, as plaintiff in place of Plaintiff Edward Samp, who died on November 23, 2007; and the Court having considered the premises; and the parties having briefed – in connection with pending cross motions for summary judgment – the issue of whether Edward Samp's claims are extinguished by his death; now therefore it is hereby

ORDERED that Plaintiffs' motion be, and the same hereby is, GRANTED. The Court will decide the issue of whether Edward Samp's claims are extinguished by his death in connection with its decision on the pending cross motions for summary judgment.

/s/ Rosemary M. Collyer
Honorable Rosemary M. Collyer
United States District Judge

Dated: January 10, 2008