UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA FOX**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1490 (RMC) |
| **MICHAEL O. LEAVITT, et al.**, | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Plaintiffs' motion for summary judgment [Dkt. # 20] is **DENIED**; and it is

**FURTHER ORDERED** that Defendants' motion for summary judgment [Dkt. #23], treated as a motion to dismiss, is **GRANTED**. This case is **DISMISSED** for lack of jurisdiction under Rule 12(b)(1) because Plaintiffs lack standing. Accordingly, this case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date:   August 25, 2008           _____/s/_____
                                  ROSEMARY M. COLLYER
                                  United States District Judge